LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
         rkshelquist@locklaw.com

Attorneys for Plaintiff
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Ludmila Gulkarov, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00913-YGR |
| Plaintiff, | |
| v. | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plum, PBC, a Delaware corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff Ludmila Gulkarov submits this Administrative Motion to Consider Whether Cases Should be Related to the case *Kelly McKeon and Josh Crawford v. Plum, PBC and Plum, Inc. d/b/a Plum Organics*, Court File 3:21-cv-01113 (N.D. Calif.) ("McKeon Action"), pursuant to Civil Local Rules 3-12 and 7-11 and consolidated for all purposes going forward.

**A.   INTRODUCTION**

This case and the *McKeon* Action both concern Defendant's manufacturing, marketing, advertising, labeling, distribution, and sale of certain baby foods ("Baby Foods") contaminated with heavy metals. Plaintiff's case meets the requirements of Civil Local Rule 3-12 and 7-11 to be related to the *McKeon* Action, and Plaintiff respectfully requests that the Court issue an order formally

relating and consolidating the actions. Counsel in the *Mckeon* Action agrees to consolidation of the matters.

**B.     RELATIONSHIP OF THE *McKEON* ACTION**

Civil Local Rule 3-12 provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

N.D. CAL. CIV. R. 3-12(a).  The instant case and the *McKeon* Action satisfy both criteria.  This administrative motion is made on the grounds that the actions involve substantially similar parties, transactions, and events, namely Defendant's fraudulent manufacturing, marketing, advertising, labeling, distribution, and sale of Baby Foods in violation of California's and other states' consumer protection laws.

The instant case and the *McKeon* Action bring nearly identical causes of action.  Critical issues that will be presented in all of the cases listed above include, but are not limited to, whether (a) Defendant's packaging and omissions misled a reasonable consumer as to the presence of (or risk of) heavy metals in the Baby Food; (b) Defendant knew or should have known that presence of (or risk of) heavy metals in the Baby Foods was material to a reasonable consumer; (c) Defendant represented and continues to represent that the Baby Foods are healthy, quality, pure, and safe; (e) whether Defendant's representations and omissions in advertising and/or labeling are false, deceptive, and misleading; (f) whether those representations and omissions are likely to deceive a reasonable consumer; and (g) whether Defendant had knowledge that those representations and omissions were false, deceptive, and misleading;.  A failure to relate these cases would lead to unduly burdensome duplication of discovery, labor, and expenses and increase the possibility of inconsistent results and rulings as similar issues of fact and law are likely to be presented in these actions.  Consequently, the parties and the Court will benefit from efficiencies should this matter be administratively related to the *McKeon* Action.

**C.   CONCLUSION**

The above-captioned matter clearly arises from the same facts and events and presents the same issues as those in the *McKeon* Action. Because it satisfies the criteria of Local Rule 3-12, Plaintiff respectfully requests that this case be deemed administratively related to and consolidated with the *McKeon* Action and that it be assigned to the Honorable Yvonne Gonzalez Rogers.

Dated: February 19, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON

By:  s/ Rebecca A. Peterson

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
           rapeterson@locklaw.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
           scruzhodge@litedepalma.com

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
C. William Frick
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
           kvandyck@cuneolaw.com

*Plaintiff and the Putative Class*