```
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
        rkshelquist@locklaw.com
```

Attorneys for Plaintiff
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Ludmila Gulkarov, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Plum, PBC, a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 4:21-cv-00913-YGR<br><br>**DECLARATION OF REBECCA A. PETERSON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

I, Rebecca A. Peterson, declare as follows:

　　　　1.　　I am an attorney at Lockridge Grindal Nauen P.L.L.P. and counsel for Ludmila Gulkarov in the above-captioned litigation. I am a member in good standing of the State Bar of California and the Northern District of California. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, I could and would testify to them.

　　　　2.　　I am over 21 years of age and am not a party to this action. I submit this Declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Class Action Complaint, filed in the above-captioned matter on February 5, 2021 in the United States District Court, Northern District of California. This matter has been assigned to the Honorable Yvonne Gonzalez Rogers.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Class Action Complaint, filed in *Kelly McKeon, et al. v. Plum, PBC, et al.* Case No. 3:21-cv-01113 on February 15, 2021 in the United States District Court, Northern District of California. This matter has been assigned to the Honorable Edward M. Chen.

5. Counsel for *Kelly McKeon, et al. v. Plum, PBC, et al.* Case No. 3:21-cv-0111 agrees to consolidation of the actions.

I swear under the penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of February, 2021.

By:     */s/ Rebecca A. Peterson*
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

*Attorney for Plaintiff and the Putative Class*