UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Ludmila Gulkarov, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Plum, PBC, a Delaware corporation,<br><br>Defendant. | Case No. 4:21-cv-00913-YGR<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

Pursuant to Civil Local Rule 3-12 and on good cause shown, the Administrative Motion to Consider Whether Cases Should Be Consolidated submitted by Plaintiff Ludmila Gulkarov is hereby GRANTED. The above-captioned matter shall be administratively related to and consolidated with *McKeon, et al. v. Plum, PBC, et al.*, Case No. 3:21-cv-01113 and both are now assigned to the Honorable Yvonne Gonzalez Rogers.

A consolidated complaint shall be filed on or before March 15, 2021.

It is so ORDERED this _____ day of _____, 2021.

_____
United State District Judge