| | |
|---|---|
| 1 | MAYER BROWN LLP |
|  | Dale J. Giali (SBN 150382) |
| 2 | *dgiali@mayerbrown.com* |
|  | Keri E. Borders (SBN 194015) |
| 3 | *kborders@mayerbrown.com* |
|  | Rebecca B. Johns (SBN 293989) |
| 4 | *rjohns@mayerbrown.com* |
|  | 350 South Grand Avenue, 25th Floor |
| 5 | Los Angeles, California 90071-1503 |
|  | Telephone:     (213) 229-9500 |
| 6 | Facsimile:     (213) 576-8122 |
| 7 | DECHERT LLP |
|  | Hope Freiwald (*pro hac vice* to be filed) |
| 8 | *hope.freiwald@dechert.com* |
|  | 2929 Arch Street, |
| 9 | Philadelphia, PA 19104-2808 |
|  | Telephone:     (215) 994-4000 |
| 10 | Facsimile:     (215) 994-2222 |
| 11 | Mark Cheffo (*pro hac vice* to be filed) |
|  | *mark.cheffo@dechert.com* |
| 12 | 1095 Avenue of the Americas, |
|  | New York, NY, 10036-6797 |
| 13 | Telephone:     (212) 698-3500 |
|  | Facsimile:     (212) 994-3599 |
| 14 | Christina Sarchio (*pro hac vice* to be filed) |
|  | *christina.sarchio@dechert.com* |
| 15 | 1900 K Street, NW, |
|  | Washington, DC, 20006-1110 |
| 16 | Telephone:     (202) 261-3300 |
|  | Facsimile:     (202) 261-3333 |
| 17 | |
|  | *Attorneys for Defendant PLUM, PBC* |
| 18 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| LUDMILA GULKAROV, individually and on behalf of all others similarly situated, | Case No. 4:21-cv-00913-YGR |
| Plaintiff, | **DEFENDANT PLUM, PBC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | **[FRCP 7.1(A) and N.D. CAL. L.R. 3-15]** |
| PLUM, PBC, a Delaware corporation | Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Civil L.R. 3-15 of the Northern District of California, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plum, PBC is a wholly owned indirect subsidiary of Campbell Soup Company.

Dated: March 1, 2021

MAYER BROWN LLP
Dale J. Giali
Keri E. Borders
Rebecca B. Johns

DECHERT LLP
Hope Friewald
Mark Cheffo
Christina Sarchio

by: /s/ *Keri E. Borders*
       Keri E. Borders
Attorneys for Defendant
PLUM, PBC