**MAYER BROWN LLP**
Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
Keri E. Borders (SBN 194015)
*kborders@mayerbrown.com*
Rebecca B. Johns (SBN 293989)
*rjohns@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 576-8122

**DECHERT LLP**
Hope Freiwald (*pro hac vice* to be filed)
*hope.freiwald@dechert.com*
2929 Arch Street,
Philadelphia, PA 19104-2808
Telephone:   (215) 994-4000
Facsimile:   (215) 994-2222

Mark Cheffo (*pro hac vice* to be filed)
*mark.cheffo@dechert.com*
1095 Avenue of the Americas,
New York, NY, 10036-6797
Telephone:   (212) 698-3500
Facsimile:   (212) 994-3599

Christina Sarchio (*pro hac vice* to be filed)
*christina.sarchio@dechert.com*
1900 K Street, NW,
Washington, DC, 20006-1110
Telephone:   (202) 261-3300
Facsimile:   (202) 261-3333

*Attorneys for Defendant PLUM, PBC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LUDMILA GULKAROV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUM, PBC, a Delaware corporation<br><br>Defendant. | Case No. 4:21-cv-00913-YGR<br><br>**STIPULATION EXTENDING DEFENDANT'S RESPONSE DATE TO THE COMPLAINT**<br><br>Complaint Filed: 2/5/2021 |

1

1  Pursuant to Civil Local Rule 6-1, plaintiff Ludmila Gulkarov ("Plaintiff") and defendant
2  Plum, PBC ("Plum") (collectively, the "Parties"), by and through their respective counsel of
3  record, hereby stipulate as follows:
4  WHEREAS, on February 5, 2021, Plaintiff filed their initial complaint in this matter
5  (ECF No. 1);
6  WHEREAS, on February 12, 2021, Plaintiff served Plum with summons and complaint;
7  WHEREAS, based on the February 12, 2021 service, the last day for Plum to respond to
8  the complaint is March 5, 2021;
9  WHEREAS, the Parties have met and conferred and have agreed to extend the deadline
10  by which Plum must respond to the complaint by thirty-one (31) days, such that Plum's response
11  will be due on or before April 5, 2021; and
12  WHEREAS, the Parties have not previously sought an extension to the time to respond to
13  the complaint; and
14  WHEREAS, the response date to which the Parties have stipulated will not impact any
15  previously scheduled dates in this matter;
16  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
17  the Parties and through their respective counsel, subject to approval from the Court, that Plum
18  shall respond to the complaint by April 5, 2021.
19
20  Dated: March 1, 2021                    MAYER BROWN LLP
                                            Dale J. Giali
21                                          Keri E. Borders
                                            Rebecca B. Johns
22
                                            DECHERT LLP
23                                          Hope Friewald
                                            Mark Cheffo
24                                          Christina Sarchio

                                            by: /s/ *Dale J. Giali*
25                                                  Dale J. Giali
                                            Attorneys for Defendant
26                                          PLUM, PBC
27
28

| | | |
|---|---|---|
| 1 | Dated: March 1, 2021 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 2 | | Robert K. Shelquist |
| | | Rebecca A. Peterson |
| 3 | | LITE DEPALMA GREENBERG, LLC |
| 4 | | Joseph DePalma |
| | | Susana Cruz Hodge |

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
C. William Frick

by: /s/ *Rebecca A. Peterson*
        Rebecca A. Peterson
Attorneys for Plaintiffs
LUDMILA GULKAROV

**ATTESTATION**

I, Dale J. Giali, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

by: /s/ *Dale J. Giali*
        Dale J. Giali