LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
        rkshelquist@locklaw.com

Attorneys for Plaintiffs
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LUDMILA GULKAROV, JANINE TORRENCE, KELLY MCKEON, and JOSH CRAWFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br>  v.<br><br>PLUM, PBC, and PLUM, INC., Delaware corporations,<br><br>          Defendants. | Case No. 21-cv-00913-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS UNDER FED. R. CIV. P. 42(a)** |
| CINDY PEREIRA, on behalf of herself and a class of others similarly situated,<br><br>          Plaintiffs,<br>  v.<br><br>CAMPBELL SOUP COMPANY, and PLUM, PBC,<br><br>          Defendants. | Case No. 21-cv-1767-DMR |

| | |
|---|---|
| VANESSA MATHIESEN, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-cv-01763-KAW |
| Plaintiffs, | |
| v. | |
| PLUM, PBC, | |
| Defendants. | |
| AUTUMN ELLISON, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-cv-02015-DMR |
| Plaintiffs, | |
| v. | |
| PLUM, PBC, and PLUM, INC., | |
| Defendants. | |

WHEREAS, the above-captioned related proposed consumer class actions are pending before the United States District Court for the Northern District of California, entitled: *Gulkarov, et al. v. Plum, PBC, et al.,* Case No. 21-cv-00913-YGR ("*Gulkarov*"), filed February 5, 2021; *Pereira v. Campbell Soup Company, et al.,* Case No. 21-cv-01767-DMR ("*Pereira*"), filed February 12, 2021; *Mathiesen v. Plum, PBC*, Case No. 21-cv-01763-KAW ("*Mathiesen*") filed March 12, 2021 and *Ellison v. Plum, PBC, et al.*, Case No. 21-cv-02015-DMR ("*Ellison*"), filed March 23, 2021 (together the "Related Actions") and collectively all plaintiffs are referred to herein as "Plaintiffs.)

WHEREAS, Plaintiffs assert the Related Actions arise out of the same set of operative facts and assert similar legal claims against Defendant Plum, PBC ("Plum" or "Defendant"), alleging

that Plum has engaged in deceptive trade practices with respect to the marketing and sale of its baby food products (the "Baby Foods") by failing to disclose that they contain levels of toxic heavy metals, including arsenic, lead, cadmium, and mercury (the "Heavy Metals");

WHEREAS, Plaintiffs assert that each Related Action seeks, *inter alia*, injunctive relief barring Defendant from continuing the deceptive practices it is accused of, as well as monetary damages compensating Plaintiffs and other consumers for the purchase of the Baby Foods;

WHEREAS, Plaintiffs in each Related Action agree that consolidation of the Related Actions under Fed. R. Civ. P. 42(a) is appropriate because Plaintiffs contend they involve common questions of law and fact, arise from the same events, name the same Defendant, and will involve substantially the same discovery;

WHEREAS, consolidation under Rule 42(a) will eliminate duplicative discovery and the possibility of inconsistent rulings on class certification, *Daubert* motions, and other pretrial matters, and conserve judicial and party resources;

NOW THEREFORE, the Plaintiffs through their respective counsel and subject to the Court's approval hereby stipulate that:

1.  The *Gulkarov, Pereira*, *Mathiesen* and *Ellison* actions currently pending in the Northern District of California and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated pursuant to Fed. R. Civ. P. 42(a) before the Honorable Yvonne Gonzalez Rogers (hereafter the "Consolidated Action").

2.  All papers filed in the Consolidated Action shall be filed under Case No. 21-cv-00913-YGR and shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION | Master File 21-cv-00913-YGR |
| This Document Relates to: | |

3. The case file for the Consolidated Action will be maintained under Master File No. 21-cv-00913-YGR. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "21-cv-1767, Pereira."

4. Any action subsequently filed, transferred or removed to this Court that the Court determines arises out of the same or similar operative facts as the Consolidated Action will be, with the Court's approval, consolidated with the Consolidated Action for pre-trial purposes. Any party may file a Notice of Related Action pursuant to N.D. Calif. Local Rule 3.12 whenever a party believes a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related and should be consolidated, the clerk shall:

a. place a copy of this Order in the separate file for such action;

b. serve on Plaintiffs' counsel in the new case a copy of this Order;

c. direct that this Order be served upon defendants in the new case; and

d. make the appropriate entry in the Master Docket.

5. A Consolidated Complaint shall be filed thirty (30) days after a leadership structure is appointed in the case. The parties shall confer on a leadership structure within thirty (30) days and file any stipulation or motion within forty-five (45) days after entry of the Order consolidating all actions.

**IT IS SO STIPULATED**

Dated:  April 6, 2021

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST
REBECCA A. PETERSON

By:  s/  Rebecca A. Peterson

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-mail: rkshelquist@locklaw.com
            rapeterson@locklaw.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
            scruzhodge@litedepalma.com

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
C. William Frick
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile:  (202) 789-1813
E-mail: charles@cuneolaw.com
            kvandyck@cuneolaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson
Amanda M. Williams
Raina C. Borrelli
Mary M. Nikolai
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
E-mail: dgustafson@gustafsongluek.com
          awilliams@gustafsongluek.com
          rborrelli@gustafsongluek.com
          mnikolai@gustafsongluek.com

GUSTAFSON GLUEK PLLC
Dennis Stewart (SBD 99152)
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
E-mail: dstewart@gustafsongluek.com

WEXLER WALLACE, LLP
Kenneth A. Wexler
Kara A. Elgersma
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
E-mail: kaw@wexlerwallace.com
          kae@wexlerwallace.com

TAUS, CEBULASH & LANDAU, LLP
Kevin Landau
Miles Greaves
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
E-mail: klandau@tcllaw.com
          mgreaves@tcllaw.com

|  |  |
|---|---|
|  | SALTZ, MONGELUZZI, & BENDESKY, P.C.<br>Simon B. Paris<br>Patrick Howard<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 575-3895<br>E-mail: sparis@smbb.com<br>          phoward@smbb.com<br><br>SAUDER SCHELKOPF<br>Matthew D. Schelkopf<br>Lori G. Kier<br>Davina C. Okonkwo<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>Telephone: (610) 200-0581<br>E-mail: mds@sstriallawyers.com<br>          lgk@sstriallawyers.com<br>          dco@sstriallawyers.com<br><br>***Attorneys for Plaintiffs Ludmila Gulkarov, Janine Torrence, Kelly McKeon and Josh Crawford*** |
| Dated: April 6, 2021 | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br><br>By: s/ Gayle M. Blatt<br>Gayle M. Blatt<br>110 Laurel Street<br>San Diego, California 92101<br>Telephone: (619) 238-1811<br>gmb@cglaw.com<br><br>KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.<br>Gary S. Graifman<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, New Jersey 07645<br>Telephone:  (845) 356-2570<br>ggraifman@kgglaw.com |

|   |   |
|---|---|
| 1 | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. |
| 2 | Melissa R. Emert |
|   | 747 Chestnut Ridge Road, Suite 200 |
| 3 | Chestnut Ridge, New York 10977 |
|   | Telephone: (845) 356-2570 |
| 4 | E-mail: memert@kgglaw.com |

*Attorneys for Plaintiff Cindy Pereira*

Dated: April 6, 2021                           GEORGE GESTEN MCDONALD, PLLC


By: Lori G. Feldman
Lori G. Feldman. (*pro hac vice* forthcoming)
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
Email: LFeldman@4-justice.com
E-Service: eService@4-Justice.com

CALCATERRA POLLACK LLP
Michael Liskow. (243899)
Janine L. Pollack (*pro hac vice* forthcoming)
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Phone: (917) 899-1765
Fax: (332) 206-2073
Email: mliskow@calcaterrapollack.com
Email: jpollack@calcaterrapollack.com

GEORGE GESTEN MCDONALD, PLLC
David J. George. (*pro hac vice* forthcoming)
Brittany L. Brown. (*pro hac vice* forthcoming)
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-Justice.com
E-Service: eService@4-Justice.com

*Attorneys for Plaintiff Vanessa Mathiesen*

- 8 -
STIPULATION AND [PROPOSED] ORDER
TO CONSOLIDATE ACTIONS UNDER FED.R.CIV.P. 42(a)
Case No. 21-cv-00913-YGR

| | |
|---|---|
| 1 | BARRACK RODOS & BACINE |
| 2 | |
| 3 | By: s/ Stephen R. Basser |
|   | Stephen R. Basser (121590) |
| 4 | Samuel M. Ward (216562) |
|   | One America Plaza |
| 5 | 600 West Broadway, Suite 900 |
|   | San Diego, CA 92101 |
| 6 | Telephone: (619) 230-0800 |
|   | Facsimile: (619) 230-1874 |
| 7 | E-mail: sbasser@barrack.com |
|   | sward@barrack.com |
| 8 | |
| 9 | EMERSON FIRM, PLLC |
|   | John G. Emerson (TX Bar No. 06602600) |
| 10 | 2500 Wilcrest, Suite 300 |
|   | Houston, TX 77042 |
| 11 | Telephone: (800)-551-8649 |
|   | Fax: (501)-286-4659 |
| 12 | jemerson@emersonfirm.com |
| 13 | ***Attorneys for Plaintiff Autumn Ellison*** |

- 9 -
STIPULATION AND [PROPOSED] ORDER
TO CONSOLIDATE ACTIONS UNDER FED.R.CIV.P. 42(a)
Case No. 21-cv-00913-YGR

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

By:  s/ Rebecca A. Peterson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____              _____
                                    Hon. Yvonne Gonzalez Rogers
                                    U.S. DISTRICT COURT JUDGE