LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
        rkshelquist@locklaw.com

Attorneys for Plaintiffs
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LUDMILA GULKAROV, JANINE TORRENCE, KELLY MCKEON, and JOSH CRAWFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br>　v.<br><br>PLUM, PBC, and PLUM, INC., Delaware corporations,<br><br>　　　　Defendants. | Case No. 21-cv-00913-YGR<br><br>**RESPONSE TO DEFENDANTS' OBJECTION TO CONSOLIDATION STIPULATION** |

Plaintiff submits this short response to clarify the record.

First, Plaintiffs' counsel conferred with Defendant Plum PBC's counsel, Dale J. Giali, prior to filing the stipulation both telephonically and by e-mail. Plaintiff's counsel provided the draft stipulation to Mr. Giali after confirming that Defendant did not oppose consolidation. Declaration of Rebecca A. Peterson, ¶¶2-5. In response to the draft stipulation, defense counsel stated that it "does not take a position (or may oppose)" the additional items in the stipulation that go beyond consolidation and filing a single consolidated complaint. *Id.* There was no later confirmation that Defendant decided it would oppose (instead of taking no position) the other issues in the draft stipulation. *Id.* Further, Defense counsel provided clear instruction as to Defendant's position, and Plaintiffs properly represented Defendant's position in the filed stipulation.[1] Plaintiffs' counsel also conferred with defense counsel after the objection to the stipulation was filed and confirmed that both parties agree proper notice was given on what relief would be sought in the filed stipulation.

Second, Defendant maintains that its headquarters are in New Jersey, but that is disputed. At the time when the actions were filed, Defendant's filing with the Secretary of State of California listed Emeryville, California as its principal office. Declaration of Rebecca A. Peterson, Ex. 2. Moreover, consistent with its California principal place of business, the Terms of Use on Defendant's website at the time of filing had both choice of law and choice of venue clauses specifying California. *Id.,* Ex. 3. Since the filing of these lawsuits, Defendant has removed these provisions from its website.

---

[1] Defendant's position that it supports a single consolidated complaint requires an appointment of interim lead counsel, and therefore, Plaintiffs included timing for that in the stipulation. This was communicated to defense counsel during the meet and confer process.

| | | |
|---|---|---|
| 1 | Dated: April 7, 2021 | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 2 | | ROBERT K. SHELQUIST |
| | | REBECCA A. PETERSON (241858) |
| 3 | | By: s/ Rebecca A. Peterson |

<br>

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
      rapeterson@locklaw.com

LITE DEPALMA GREENBERG, LLC
Joseph DePalma
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
      scruzhodge@litedepalma.com

CUNEO GILBERT & LADUCA, LLP
Charles Laduca
Katherine Van Dyck
C. William Frick
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
      kvandyck@cuneolaw.com

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson
Amanda M. Williams
Raina C. Borrelli
Mary M. Nikolai
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
E-mail: dgustafson@gustafsongluek.com
      awilliams@gustafsongluek.com
      rborrelli@gustafsongluek.com
      mnikolai@gustafsongluek.com

- 3 -
RESPONSE TO DEFENDANTS' OBJECTION TO CONSOLIDATION STIPULATION
Case No. 21-cv-00913-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GUSTAFSON GLUEK PLLC
Dennis Stewart (SBD 99152)
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
E-mail: dstewart@gustafsongluek.com

WEXLER WALLACE, LLP
Kenneth A. Wexler
Kara A. Elgersma
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
E-mail: kaw@wexlerwallace.com
          kae@wexlerwallace.com

TAUS, CEBULASH & LANDAU, LLP
Kevin Landau
Miles Greaves
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
E-mail: klandau@tcllaw.com
          mgreaves@tcllaw.com

SALTZ, MONGELUZZI, & BENDESKY, P.C.
Simon B. Paris
Patrick Howard
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 575-3895
E-mail: sparis@smbb.com
          phoward@smbb.com

|   |   |
|---|---|
| 1 | SAUDER SCHELKOPF |
|   | Matthew D. Schelkopf |
| 2 | Lori G. Kier |
|   | Davina C. Okonkwo |
| 3 | 1109 Lancaster Avenue |
|   | Berwyn, PA 19312 |
| 4 | Telephone: (610) 200-0581 |
|   | E-mail: mds@sstriallawyers.com |
| 5 |          lgk@sstriallawyers.com |
| 6 |          dco@sstriallawyers.com |

*Attorneys for Plaintiffs Ludmila Gulkarov, Janine Torrence, Kelly McKeon and Josh Crawford*