LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
         rkshelquist@locklaw.com

Attorneys for Plaintiffs
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LUDMILA GULKAROV, JANINE TORRENCE, KELLY MCKEON, and JOSH CRAWFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br> v.<br><br>PLUM, PBC, and PLUM, INC., Delaware corporations,<br><br>      Defendants. | Case No. 21-cv-00913-YGR<br><br>**DECLARATION OF REBECCA A. PETERSON IN RESPONSE TO DEFENDANTS' OBJECTION TO CONSOLIDATION STIPULATION** |

- 1 -
DECLARATION OF REBECCA A. PETERSON IN RESPONSE TO DEFENDANTS'
OBJECTION TO CONSOLIDATION STIPULATION
Case No. 21-cv-00913-YGR

I, Rebecca A. Peterson, declare as follows:

1. I am a partner at Lockridge Grindal Nauen P.L.L.P. and represent Plaintiffs in the above-captioned matter. I submit this declaration in response to Defendants' Objection to Consolidation Stipulation.

2. I met and conferred with defense counsel concerning the consolidation of the various cases. Defendant Plum PBC's position is that Plum supports a single complaint, consolidating all pending Northern District California consumer class actions.

3. During the meet and confer process, I sent a copy of the proposed stipulation to Defendant Plum PBC's counsel, Dale J. Giali. This draft stipulation included the same requested relief as the stipulation filed on April 6, 2021. ECF. 29. The only difference was the proposed dates for any leadership papers and the filing of the consolidated complaint.

4. In response to the draft stipulation, defense counsel stated that it "does not take a position (or may oppose)" the additional items in the stipulation that go beyond consolidation and filing a single consolidated complaint. There was no later confirmation that Defendant decided it would oppose (instead of taking no position) the additional items in the stipulation. Defense counsel's response also provided Defendant's position and how that position must be communicated in any stipulation or motion. These instructions were followed by Plaintiffs in the filed April 6, 2021 stipulation.

5. Plaintiffs' counsel further conferred with defense counsel on April 7, 2021 and confirmed that both parties agree proper notice was given on what relief would be sought in the now filed stipulation.

6. Attached hereto as Exhibit 1 is a true and correct copy of a Plum Inc.'s Corporation Statement of Information from the California Secretary of State.

7. Attached hereto as Exhibit 2 is a true and correct copy of Plum Organic's Terms of Use (downloaded on March 9, 2021).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of April 2021.

                              s/   Rebecca A. Peterson
                              Rebecca A. Peterson
                              *Attorney for Plaintiff*

- 3 -
DECLARATION OF REBECCA A. PETERSON IN RESPONSE TO DEFENDANTS'
OBJECTION TO CONSOLIDATION STIPULATION
Case No. 21-cv-00913-YGR