**MAYER BROWN**
DALE J. GIALI (SBN 150382)
dgiali@mayerbrown.com
KERI E. BORDERS (SBN 194015)
kborders@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

**DECHERT LLP**
HOPE FREIWALD (*pro hac vice* to be filed)
hope.freiwald@dechert.com
2929 Arch Street,
Philadelphia, PA 19104-2808
Telephone:   (215) 994-4000
Facsimile:   (215) 994-2222
MARK CHEFFO (*pro hac vice* to be filed)
mark.cheffo@dechert.com
1095 Avenue of the Americas,
New York, NY, 10036-6797
Telephone:   (212) 698-3500
Facsimile:   (212) 994-3599

Attorneys for Defendants PLUM, PBC,
(erroneously sued as PLUM, INC.) and
CAMPBELL SOUP COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUDMILA GULKAROV, JANINE TORRENCE, KELLY MCKEON, and JOSH CRAWFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLUM, PBC, and PLUM, INC., Delaware corporations,<br><br>Defendants. | Case No. 4:21-cv-00913-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DECLARATION OF KEELY J. STEWART ISO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>[*Motion to Transfer and [Proposed] Order filed concurrently herewith*]<br><br>Date: May 18, 2021<br>Time: 3:30 p.m.<br>Courtroom: 1 |

| | | |
|---|---|---|
| 1 | VANESSA MATHIESEN, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-CV-01763-YGR |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | PLUM, PBC, | |
| 6 | Defendant. | |
| 7 | CINDY PEREIRA, on behalf of herself and a class of others similarly situated, | Case No. 4:21-CV-01767-YGR |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | CAMPBELL SOUP COMPANY, and PLUM, PBC, | |
| 12 | Defendants. | |
| 13 | | |
| 14 | AUTUMN ELLISON, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-CV-02015-YGR |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | PLUM, PBC, and PLUM, INC., Delaware corporations, | |
| 19 | Defendants. | |
| 20 | | |
| 21 | JESSICA DAVID and HEATHER AGE, individually, and on behalf of all others similarly situated, | Case No. 3:21-CV-02059-AGT |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | PLUM, PBC.; and DOES 1 through 10, inclusive, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

DECLARATION OF KEELY J. STEWART ISO MOTION TO TRANSFER

I, Keely J. Stewart, declare:

1. I am employed by defendant Campbell Soup Company ("Campbell") as Assistant Secretary. I submit this declaration in support of defendants' motion to transfer certain consumer class actions to New Jersey federal court. I have personal knowledge of the facts asserted in this declaration and if called as a witness could competently testify thereto.

2. I have been employed by Campbell since May 1, 2014. As part of my job duties as Assistant Secretary, I am responsible for overseeing the corporate governance of Campbell's subsidiaries. I am based in Campbell's corporate headquarters in Camden, New Jersey.

3. Plum, PBC is an indirect, wholly owned corporate subsidiary of Campbell. Campbell is a New Jersey corporation and Plum, PBC is a Delaware corporation. The principal places of business for Campbell and Plum, PBC is in Camden, New Jersey.

4. Campbell acquired Plum, Inc. in 2013. After the acquisition, Plum, Inc. was converted, pursuant to Delaware corporate law, into a public benefit corporation and renamed Plum, PBC ("Plum"). At the time of the acquisition, Plum maintained offices and its principal place of business in Emeryville, California. Subsequent to the acquisition, Campbell transferred all of Plum's business operations to Campbell's corporate headquarters in Camden, New Jersey. The transfer of the entirety of Plum's business operations to New Jersey was completed in 2018. After that time, Plum's principal place of business was in Camden, New Jersey, and it maintained no employees, headquarters, offices, or corporate operations in California.

5. Because Plum and Campbell's corporate operations and employees are based at their headquarters in Camden, New Jersey, any witnesses or documents that may be relevant to this litigation are most likely located in or near Camden, New Jersey.

6. In February 2021, the California Secretary of State had on record a filing on behalf of Plum, Inc. listing Plum Inc.'s address as 1485 Park Avenue, Emeryville, CA 94608. That filing was in error in at least two respects. First, since 2013, the company was called Plum, PBC, not Plum, Inc. Second, as of 2018, Plum's corporate headquarters was located in New Jersey, not California. As detailed above, Plum ceased maintaining an office in California in 2018. On February 22, 2021, shortly after I became aware of

the erroneous filing, a Certificate of Surrender on behalf of Plum, Inc. was filed with the California Secretary of State. The Certificate of Surrender identified the proper address for Plum's operations as One Campbell Place, Camden, New Jersey 08103.

      7.    On March 31, 2021, Campbell announced that it will sell Plum to Sun-Maid Growers of California. That transaction is expected to close in early May 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of April at Camden, New Jersey.

by: _____
Keely J. Stewart

2

DECLARATION ISO MOTION TO TRANSFER
CASE NO. 4:21-CV-00193-YGR

740878921