**KEITH A. ROBINSON, Esq**.
(CSBN 126246)
ATTORNEY AT LAW
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Tel: 310.849.3135
Fax: 818.279.0604
keith.robinson@karlawgroup.com

**SHARP LAW, LLP**
Ruth Anne French-Hodson (*pro hac vice* pending)
5301 West 75th Street
Prairie Village, Kansas 66208
Tel: 913-901-0505
Fax: 913-901-0419
rafrenchhodson@midwest-law.com

Attorneys for Plaintiff LAUREN SMITH, individual, on behalf of herself and others similarly situated
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **Ludmila Gulkarov, Janine Torrence, Kelly McKeon, and Josh Crawford,**<br><br>Plaintiffs,<br><br>v.<br><br>**PLUM, PBC, and PLUM, INC.**<br><br>Defendants. | Case No. 4:21-CV-00913-YGR<br><br>**NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12; STIPULATION AND [PROPOSED] ORDER ON DESIGNATION OF RELATED CASES PURSUANT TO CIVIL L.R. 7-11**<br><br>**Hon. Yvonne Gonzalez Rogers** |

WHEREAS, Plaintiff Lauren Smith recently filed her complaint in *Smith v. Plum, PBC, et al.*, 4:21-cv-02519-HSG. Her proposed class action for economic loss involves plaintiffs who allege injuries after purchasing and/or consuming Defendants' baby food products. Defendants include the manufacturers of baby food products.

WHEREAS, five other putative consumer fraud class actions have been previously filed against Plum, PBC and two personal injury claims have been filed

against various baby food manufacturers arising from the purchase and/or consumption of baby food products. They are listed in ascending order, starting with the lowest case number:

- *Gulkarov v. Plum, Inc., et al.*, 4:21-cv-00913-YGR (Judge Rogers) (filed 2/5/21)
- *McKeon, et al. v. Plum, PBC*, 4:21-cv-01113-YGR (Judge Rogers) (filed 2/15/21)
- *AG, et al. v. Plum, PBC, et al.*, 4:21-cv-01600-YGR (Judge Rogers) (filed 3/5/21)
- *Mathiesen v. Plum, PBC*, 21-cv-01763 (Judge Rogers) (filed 3/12/21)
- *Pereira v. Campbell Soup Co.*, 21-cv-01767 (Judge Rogers) (filed 3/12/21)
- *Ellison v. Plum, PBC*, 21-cv-02015 (Judge Rogers)
- *IM v. Plum, PBC, et al.*, 3:21-cv-02066-TSH (Judge Rogers) (filed 3/24/21)

WHEREAS, the above seven actions have already been deemed administratively related by this Court.

WHEREAS, whenever a party knows or believes that an action may be related to an action which is or was pending in the Northern District, said party "must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Civil L.R. 7-11."

NOW THEREFORE, Plaintiff Smith and all affected parties in the Related Actions hereby stipulate that:

1. The *Smith* action (4:21-cv-02519) currently pending in the Northern District of California should be administratively related to the *Gulkarov*, *Pereira*, *Mathieson*, *Ellison*, *McKeon, A.G.*, and *I.M.* cases currently pending before Judge Rogers.

**IT IS SO STIPULATED.**

Dated: April 15, 2021

|   |   |
|---|---|
| 1 | |
| 2 | /s/ Keith A. Robinson |
| 3 | Keith A. Robinson, (CSBN 126246) |
| 4 | 2945 Townsgate Road, Suite 200 Westlake Village, CA 91361 |
| 5 | Telephone: 310-849-3135 keith.robinson@karlawgroup.com |
| 6 | |
| 7 | Ruth Anne French-Hodson Sharp Law, LLP |
| 8 | 5301 West 75th Street Prairie Village, Kansas 66208 |
| 9 | Telephone: 913-901-0505 Facsimile: 913-901-0419 |
| 10 | rsharp@midwest-law.com |
| 11 | (pro hac vice pending) Attorneys for Plaintiff Smith |
| 12 | |
| 13 | /s/ Rebecca Anne Peterson |
| 14 | Rebecca Anne Peterson Robert K. Shelquist |
| 15 | Lockridge Grindal Nauen P.L.L.P. 100 Washington Avenue South, |
| 16 | Suite 2200 Minneapolis, MN 55401 |
| 17 | (612) 339-6900 |
| 18 | Fax: (612) 339-0981 rapeterson@locklaw.com |
| 19 | rkshelquist@locklaw.com |
| 20 | Charles LaDuca |
| 21 | Katherine Van Dyck Charles William Frick |
| 22 | Cuneo Gilbert & LaDuca, LLP |
| 23 | 4725 Wisconsin Avenue NW, Suite 200 |
| 24 | Washington, DC 20016 |
| 25 | 202-789-3960 Fax: 202-789-1813 |
| 26 | charles@cuneolaw.com |
| 27 | |
| 28 | |

kvandyck@cuneolaw.com
bill@cuneolaw.com

Joseph J. DePalma
Susana Cruz Hodge
Lite DePalma Greenberg, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com
scruzhodge@litedepalma.com

Dennis Stewart
Amanda M. Williams
Daniel E. Gustafson
Mary M. Nikolai
Raina Challeen Borrelli
Gustafson Gluek PLLC
600 B Street, 17th Floor
San Diego, CA 92101
(619) 595-3299
dstewart@gustafsongluek.com
awilliams@gustafsongluek.com
dgustafson@gustafsongluek.com
mnikolai@gustafsongluek.com
rborrelli@gustafsongluek.com

Davina C. Okonkwo
Lori G. Kier
Matthew David Schelkopf
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0581
dco@sstriallawyers.com
lgk@sstriallawyers.com
mds@sstriallawyers.com

Kenneth A. Wexler
Kara A. Elgersma

Page 4
NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12; STIPULATION ON DESIGNATION OF RELATED CASES

Michelle Lukic
Wexler Wallace, LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
(312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com
mp@wexlerwallace.com

Kevin S. Landau
Miles Greaves
Taus, Cebulash, Landau, LLP.
80 Maiden Lane
Suite 1204
New York, NY 10038
646-873-7654
klandau@tcllaw.com
mgreaves@tcllaw.com

Patrick Howard
Simon Bahne Paris
Saltz Mongeluzzi Barrett & Bendesky
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA 19103
(215) 496-8282
Fax: (215) 496-0999
phoward@smbb.com
sparis@smbb.com

Attorneys for Plaintiffs Ludmila Gulkarov, Janine Torrence, Kelly McKeon, and Josh Crawford

*/s/ Pedram Esfandiary*_____
Pedram Esfandiary
Baum Hedlund Aristei and Goldman, P.C.
10940 Wilshire Boulevard, 17th Floor

Los Angeles, CA 90024
(310) 207-3233
Fax: (310) 820-7444
pesfandiary@baumhedlundlaw.com

Attorney for AG, HG, XG,

*/s/ Jennifer A. Moore*_____
Jennifer A. Moore
Moore Law Group, PLLC
1473 South 4th Street
Louisville, KY 40208
(502) 717-4080
Fax: (502) 717-4086
jennifer@moorelawgroup.com

Attorney for Plaintiff Allison Ibert

*/s/ Keri Elizabeth Borders*_____
Dale Joseph Giali
Keri Elizabeth Borders
Rebecca Bari Johns
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
213-229-9509
Fax: 213-625-0248
dgiali@mayerbrown.com
KBorders@mayerbrown.com
RJohns@mayerbrown.com

Christina Guerola Sarchio
Mark S. Cheffo
Hope Freiwald
Dechert LLP
1900 K Street, NW
Washington, DC 20006
202-261-3300
christina.sarchio@dechert.com
mark.cheffo@dechert.com
hope.freiwald@dechert.com

Attorneys for Defendants Plum PBC, Plum, Inc, Campbell Soup Company

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____

                                              Hon. Yvonne Gonzalez Rogers

                                              U.S. DISTRICT COURT JUDGE