LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com
         rkshelquist@locklaw.com

Attorneys for Plaintiffs
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LUDMILA GULKAROV, JANINE TORRENCE, KELLY MCKEON, and JOSH CRAWFORD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> PLUM, PBC, and PLUM, INC., Delaware corporations, <br><br> Defendants. | Case No. 21-cv-00913-YGR <br><br> **DECLARATION OF REBECCA A. PETERSON IN OPPOSITION TO MOTION TO TRANSFER THESE RELATED CASES TO THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY** |

I, Rebecca A. Peterson, declare as follows:

1. I am a partner at Lockridge Grindal Nauen P.L.L.P. and represent Plaintiffs in the above-captioned matter. I submit this declaration in opposition to the Motion to Transfer These Related Cases to the United States District Court, District of New Jersey.

2. Attached hereto as Exhibit A is a true and correct copy of Plum, Inc.'s Corporation - Statement of Information filed with the California Secretary of State on January 27, 2021.

- 1 –
DECLARATION OF REBECCA PETERSON IN OPP TO MOTION TO TRANSFER THESE RELATED CASES TO DISTRICT OF NEW JERSEY
CASE NO. 21-cv-00913-YGR

3. Attached hereto as Exhibit B is a true and correct copy of Plum Organic's Terms of Use, obtained from Plum Organic's website on March 9, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of Plum Organic's Company Information, obtained from RocketReach.co in March 2021.

5. Attached hereto as Exhibit D is a true and correct copy of job listings with Campbell Soup Company's Manufacturing and Distribution Centers, obtained from Campbell Soup Company's website on April 21, 2021.

6. Attached hereto as Exhibit E is a true and correct copy of an article titled, "Dixon's Campbell Soup Supply Company continues to serve as a backbone for the soup giant," by The Reporter, at https://www.thereporter.com/2016/12/08/dixons-campbell-soup-supply-company-continues-to-serve-as-backbone-for-the-soup-giant/, last accessed April 21, 2021.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiffs' First Request for Production of Documents to Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of April 2021.

                s/   Rebecca A. Peterson
                Rebecca A. Peterson
                *Attorney for Plaintiffs*