# EXHIBIT A

**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | PLUM INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS PLUM ORGANICS |
| Entity (File) Number: | C3184557 |
| File Date: | 01/27/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GQ05710 |

**Detailed Filing Information**

1. Entity Name: PLUM INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS PLUM ORGANICS

2. Business Addresses:
   a. Street Address of Principal Office in California:
      1485 Park Avenue
      Emeryville, California 94608
      United States of America

   b. Mailing Address:
      1485 Park Avenue
      Emeryville, California 94608
      United States of America

   c. Street Address of Principal Executive Office:
      1485 Park Avenue
      Emeryville, California 94608
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Chris Foley
      1485 Park Avenue
      Emeryville, California 94608
      United States of America

   b. Secretary:
      Charles A Brawley III
      1485 Park Avenue
      Emeryville, California 94608
      United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GQ05710

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

        Ashok Madhavan
        1485 Park Avenue
        Emeryville, California 94608
        United States of America

4. Director: Not Applicable

Number of Vacancies on the Board of Directors: Not Applicable

5. Agent for Service of Process: C T CORPORATION SYSTEM (C0168406)

6. Type of Business: BAKERY AND BISCUITS

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Kelly Lettmann

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GQ05710