# EXHIBIT B



# Terms of Use

Thank you for visiting this website, which is owned by Plum, PBC (referred to herein as "we," "us," or "our"). Your use of this website constitutes your agreement with these Terms of Use ("Terms"), as well as any other policies or guidelines that we may post and all applicable laws, including our Privacy Policy. Please read these Terms carefully, and if you do not agree with them, do not use this website. We may update these Terms at any time, so you should check this page each time you visit.

Your use of this website is also subject to our online Privacy Policy, which is incorporated herein by reference.

- OWNERSHIP AND USE OF WEBSITE CONTENT

We own, license, or use with permission all Content on this website, as well as the arrangement and selection of the Content. The Content includes all registered and unregistered trademarks, service marks, logos, wallpaper, icons, characters, artwork, audio and video clips, images, graphics, photographs, music, sound, information, text, data, software, code, and other material on this website. Your unauthorized use of any Content may violate copyright, trademark, patent, privacy, or other U.S. and/or international laws, may infringe upon our rights or the rights of third parties, and could result in your personal liability, including potential criminal liability.

You are granted a limited, non-exclusive, non-sublicensable, revocable right to access this website and download, display, view, and use the website Content for your personal, non-commercial use, provided that you do not modify the Content or delete or change any copyright, trademark, or other notices. Except for your User Content (described below), or unless expressly authorized by us, you may not otherwise use, copy, reproduce, distribute, publish, post, transmit, modify, adapt, translate, display, sell, license, prepare derivative works based upon, or exploit the Content. You may not use bots, data-mining, or any other techniques to extract information from this website.

- USER-GENERATED CONTENT

This website may include opportunities and interactive features (such as blogs, message boards, and other features) where users can post, submit, or upload on or through the website text, images, graphics, photos, videos, comments, reviews, and other information and materials (collectively, "User Content"). Except in cases where the posting, uploading, or submission of User Content on or through this website is expressly conditioned on your transferring and assigning your rights in the User Content to us, you retain all of your legal rights, title, and interest in and to your User Content; provided, however, that in posting, submitting, or uploading any User Content to this website, you grant to us and our affiliates and subsidiaries a non-exclusive, perpetual, irrevocable, worldwide, royalty-free license to (1) use, not use, display, publish, reproduce, record, distribute, modify, reformat, perform, transmit, broadcast, translate, sell, sublicense, prepare derivative works based on, and otherwise exploit your User Content, for any commercial or non-commercial purpose, in any manner or medium whatsoever, in our sole discretion, and (2) use and exploit your name, image, and likeness in connection with any User Content that you post, upload, or submit, without compensation to you. Please note that your User Content will not be treated as confidential or proprietary. In addition, we are under no obligation to use any User Content that you provide. Thus, you should not provide any User Content that is confidential or proprietary or that you do not wish to license to us as described above.

**With regard to any User Content that you provide, you represent and warrant that:**

– You own the User Content and/or have a valid right to use, submit, or post it and grant the licenses and rights described herein;
– Your User Content does not and will not violate the intellectual property, privacy, or other rights of any person; and
– Your posting of any User Content does not and will not violate these Terms.

**You further acknowledge and agree that:**

– You are responsible and liable for all such User Content that you submit, post, or display.
– You are responsible and liable for any activity that occurs under your user account
– You shall not abuse, harass, threaten, or intimidate other users of this website.
– You shall not use this website for any illegal or unauthorized purpose.
– You shall not post User Content that is harmful, offensive, threatening, libelous, defamatory, obscene, unlawful or objectionable.
– Except as may be expressly permitted by us, you shall not use this website to promote any commercial activity, such as advertising any product or service.

**We reserve the right, in our sole discretion, to:**

– Review, edit, or delete any User Content, without undertaking any responsibility to do so;
– Adopt rules in any community area or condition access to any areas or features by any individual or group on certain criteria, deny or restrict access by any individual or group who fails to meet that criteria or by anyone who fails to comply with our criteria or rules at any time, and change or modify the criteria or rules at any time; and
– Deny any user access to this website.

- PARENTING UNFILTERED HOLIDAY NEWSLETTER TERMS AND CONDITIONS:



About Cookies On This Site

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more and manage your preferences via our Your Choices tool. By using our site, you agree to our use of cookies.

[ I ACCEPT ]  [ OPTIONS ]

- NOTICE OF ALLEGED COPYRIGHT INFRINGEMENT

If you believe that your copyrights in a work have been infringed by a third party, such as by improper posting or distribution via this website, then you can send us a notice of alleged copyright infringement pursuant to the U.S. Digital Millennium Copyright Act ("DMCA"), and we will respond appropriately. The notice must comply with the DMCA and include all of the following information:

(1) A legend or subject line "DMCA Copyright Infringement Notice";

(2) A description of the copyrighted work that you believe has been infringed;

(3) The URL of the site and a description of where the allegedly infringing material is located on that site;

(4) Your address, telephone number, and e-mail address;

(5) A statement that you have a good faith belief that the alleged infringing material is not authorized by the copyright owner, its agent, or the law;

(6) A statement by you, made under penalty of perjury, that all the information in your notice is accurate, and that you are the copyright owner (or, if you are not the copyright owner, that you are authorized to act on the behalf of the owner of an exclusive right that is allegedly infringed); and

(7) Your electronic or physical signature.

We reserve the right to respond to DMCA notices that do not comply with any of these requirements in our discretion.

You may send DMCA notices by mail, e-mail, or facsimile:

If by mail to:
DMCA Agent /Customer Service
Plum, PBC
1485 Park Ave. #200
Emeryville, CA 94608

If by e-mail to: info@plumorganics.com

Use subject line: DMCA Agent

- THIRD PARTY CONTENT

This website may contain Content owned by third parties and/or reference a third party's name, trademarks, products, or services. We do not endorse, warrant the accuracy or reliability of, or assume any liability in connection with, any third parties or their products and services or any Content provided to this website by third parties.

- LINKS TO THIRD PARTY WEBSITES

This website may contain links to or from third party websites. Links to other websites are provided solely as a convenience, and we are not responsible for the content or operation of any third party sites linked to this website. All activities you engage in in connection with a linked site are subject to the terms and conditions and policies imposed by the site operator, and we disclaim all liability in connection with such activities.

- DISCLAIMERS; LIMITATIONS ON LIABILITY

This website and the Content and services provided on or through this website are offered in good faith and believed to be accurate and reliable when made, but are offered "as is," WITHOUT ANY WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRNGEMENT. WE DO NOT REPRESENT OR WARRANT THAT THE WEBSITE, CONTENT, OR SERVICES ARE ACCURATE, COMPLETE, RELIABLE, OR ERROR-FREE, THAT INFORMATION WILL ALWAYS BE AVAILABLE, OR THAT THE WEBSITE OR SERVERS, HARDWARE, OR SOFTWARE USED IN CONNECTION WITH THE WEBSITE ARE FREE OF VIRUSES, MALWARE, OR OTHER HARMFUL COMPONENTS.

The Content on this website is provided for informational purposes only. We do not provide medical advice regarding the diagnosis, prevention, mitigation or treatment of any condition, circumstances or disease, nor do we recommend or endorse any specific tests, physicians, products, procedures, opinions, or other information that may be mentioned on this website. The Content is not intended to be a substitute for professional medical advice regarding the diagnosis, prevention, mitigation or treatment of any condition, circumstances or disease. Always seek the advice of your physician or other qualified health provider with any questions you may have regarding a medical condition or before you apply or rely on the Content in any way. Never disregard professional medical advice or delay in seeking it because of something you have read on this website. If you think you may have a medical emergency, call 911 and your doctor immediately.

TO THE EXTENT PERMITTED BY LAW, IN NO EVENT SHALL WE, OUR AFFILIATES AND SUBSIDIARIES, OR ANY OF OUR OR THEIR EMPLOYEES, OFFICERS, DIRECTORS, OWNERS, LICENSORS, AGENTS OR OTHER THIRD PARTIES MENTIONED ON THE WEBSITE OR INVOLVED IN CREATING ANY WEBSITE CONTENT BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES OF ANY KIND OR NATURE, WHETHER IN AN ACTION UNDER CONTRACT, NEGLIGENCE, OR ANY OTHER THEORY, AND WHETHER OR NOT THEY ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, ARISING OUT OF OR IN CONNECTION WITH THIS WEBSITE, THE USE OR INABILITY TO USE THIS WEBSITE, ANY CONTENT AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE, OR ANY INFORMATION FOUND THROUGH LINKS POINTING OUTSIDE OF THIS WEBSITE.

About Cookies On This Site

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more and manage your preferences via our Your Choices tool. By using our site, you agree to our use of cookies.

I ACCEPT    OPTIONS

These Terms shall be governed by and construed in accordance with the laws of the State of California in the United States, without regard to conflicts of law principles, and regardless of your country of origin. You hereby consent and submit to the exclusive jurisdiction and venue of federal and state courts located in Alameda County, California for any legal proceeding directly or indirectly arising out of or relating to this website or these Terms.

This website is operated from the United States, and we make no representation or warranty that the Content is appropriate or available for use in locations outside of the United States. If you access or use this website from outside the United States, you do so on your own initiative and at your own risk, and you are responsible for complying with applicable laws, rules, and regulations. Access to this website and Content from territories where such access or Content is unlawful or illegal is prohibited. We may limit the website's availability, in whole or in part, to any person, geographic area or jurisdiction we choose, at any time and in our sole discretion.

- INDEMNIFICATION

You agree to indemnify, defend, and hold harmless us, our affiliates and subsidiaries, and our and their officers, directors, owners, employees, licensors, and agents from and against any and all claims, actions, judgments, demands, suits, damages, liabilities, costs, and expenses (including, without limitation, reasonable attorneys' fees) arising out of or relating to your use of this website, including any Content and services, any User Content you submit or post, or your violation of these Terms.

- SEVERABILITY

If any of these Terms is deemed unlawful, void, or unenforceable for any reason, such provision shall be deemed severable from- and shall not affect the validity or enforceability of- the remainder of these Terms.

**How to Contact Us**

Plum, PBC
1485 Park Ave. #200
Emeryville, CA 94608

Phone: 1-877-914-PLUM

Email: info@plumorganics.com

**Effective Date:** 01/31/2013

FAQ
WHERE TO FIND PLUM
THE FEED
PRESS

PRODUCTS

baby
tots
kids

MISSION

food philosophy
the full effect
sustainability
pbc

TEAM PARENT

from the experts
we've been there

RESOURCE CENTER

food philosophy
expecting
baby's first year
toddler tips
big kids

Terms of Use    Interest-based ads    Privacy Policy    Do Not Sell My Personal Information    Contact Us

    

**About Cookies On This Site**

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy to learn more and manage your preferences via our Your Choices tool. By using our site, you agree to our use of cookies.

I ACCEPT    OPTIONS