# EXHIBIT C

## Plum Organics Information

Plum Organics is a Food & Beverages company based at 1485 Park Ave. #200, Emeryville, California 94608, US founded in 2005.



| | | |
|---|---|---|
| Website | http://www.plumorganics.com |
| Revenue | $199.20 Million |
| Employees | 90 (View all) |
| Founded | 2005 |
| Address | 1485 Park Ave. #200, Emeryville, California 94608 US |
| Phone | (510) 225-8578 |
| Fax | (510) 428-1291 |
| Category | Food & Beverages, Agriculture, Organic Baby Food, Food, Beverages & Tobacco, Agriculture and Farming, Organic Lunchbox Snacks, Manufacturing, Food and Beverage, Organic Toddler Snacks, Health Care, BPA-free spouted pouch packaging, Organic Food, Organic Kid Snacks |
| Web Rank | 1 Million |
| Keywords | plum organics, plum organics investment, sofie silicone teether for soothe teething baby, plum food, supplyfamilandbaby, plum baby food, plum organics pon, plum organic pouches |
| Competitors | ellaskitchen.com, pommepiposibili.com, nurturelife.com, earthsbest.com, lovechild.com |
| SIC | 20, 204 |
| NAICS | 311999, 3112 |

### Find email for Plum Organics employees

Search from 90 Plum Organics employees, RocketReach validates and finds alternate emails & phone for free.

Enter employee's name, title or keywords [Search]

## Plum Organics Employees



| | | | |
|---|---|---|---|
| Katie Sobel | Vice President of Brand Engagement and Marketing Communications | New York, New York, United States | Found 6 emails: gwu.edu, gmail.com, next-collective.com, rocketmail.com, yahoo.com, ext.net, plumorganics.com, aol.com | [Get Contact Info] |
| Marilyn Wong | Senior Accountant | San Francisco, California, United States | Found 4 emails: plumorganics.com, comcast.net | [Get Contact Info] |
| Agatha Lee | Senior Production Specialist | Oakland, California, United States | Found 2 emails: gmail.com, yahoo.com | [Get Contact Info] |
| Michael Lowro | Director of Sales US Grocery at Plum Organics | Boston, Massachusetts, United States | Found 6 emails: gmail.com, nehemahmfg.com, mio.com, hotmail.com, plumorganics.com, cnewmark.com | [Get Contact Info] |
| Linda Pagano | Senior Manager - Head of Nutrition and Regulatory | San Francisco, California, United States | Found 1 email: kraft.com | [Get Contact Info] |
| Cindy Tan | Senior Marketing Associate | San Francisco, California, United States | Found 3 emails: wustl.edu, plumorganics.com, gmail.com | [Get Contact Info] |
| Jenny Sharp | Coman Quality Manager, Pouch Channel | Indianapolis, Indiana, United States | Found 4 emails: airboo.com, skjcdl-barrett.com, yahoo.com, medrad.com | [Get Contact Info] |
| Amanda Cherry | Business Development Manager | San Francisco, California, United States | Found 2 emails: safeway.com, ghirardelli.com | [Get Contact Info] |
| Hilla Jaber | Outlet Manager | Lebanon | Found 1 email: plumorganics.com | [Get Contact Info] |
| Alejandra Ortega | Packaging Planner | Emeryville, California, United States | Found 1 email: gmail.com | [Get Contact Info] |
| Katie Lautz | Project Manager | San Francisco, California, United States | Search: Plum Organics, personal emails, +more | [Get Contact Info] |
| Kory Johnston | Commercialization | San Anselmo, California, United States | Found 1 email: plumorganics.com | [Get Contact Info] |
| Tina Virellas | Senior Executive Assistant | Queens, New York, United States | Found 1 email: gmail.com | [Get Contact Info] |
| Dawn Medler | Vice President Supply Chain | San Francisco, California, United States | Found 4 emails: sundrotheupset.com, bioi.com, gmail.com, ljs.com, yahoo.com, plumorganics.com, gap.com, bloomberg.com | [Get Contact Info] |
| Beth Wilson | Vice President Operations | Boston, Massachusetts, United States | Found 3 emails: wellpet.com, plumorganics.com, wellnessgofood.com | [Get Contact Info] |
| Rachel Lim | | San Francisco, California, United States | Found 2 emails: sbcglobal.net, hotmail.com | [Get Contact Info] |
| Mitchell Lee | Supply Chain Planner | San Francisco, California, United States | Found 1 email: bio.com | [Get Contact Info] |
| Katie Kaewell | Director of Marketing Communications | Brooklyn, New York, United States | Found 4 emails: aol.com, plumorganics.com, gmail.com, next-collective.com | [Get Contact Info] |
| Amy Quattrocicolte | Senior Business Process Improvement Analyst | Berkeley, California, United States | Found 1 email: plumorganics.com | [Get Contact Info] |
| Yvette Cortez | Ap and Accounts Receivable Coordinator | Emeryville, California, United States | Search: plumorganics.com, gmail.com, +more | [Get Contact Info] |
| Lynn Ly | Category Manager | Oakland, California, United States | Found 1 email: danoe.com | [Get Contact Info] |
| Nyla Rowers | Credit and Collections Consultant | Yuba City, California, United States | Search: plumorganics.com, gmail.com, +more | [Get Contact Info] |
| Katy Plumridge | Mum | Ipswich, Suffolk, United Kingdom | Found 1 email: plumorganics.com | [Get Contact Info] |
| Jaspreet Brar | Cre | Yuba City, California, United States | Found 1 email: plumorganics.com | [Get Contact Info] |
| Shaun Dillon | Marketing Manager | Germany | Search: plumorganics.com, gmail.com, +more | [Get Contact Info] |