# EXHIBIT D


Our Story (Https://Careers.Campbellsoupcompany.Com/Us/En/Our-Story)     Experience Campbell (Https://Careers.Campbellsoupcompany.Com/Us/



# Careers at Campbell

Search for job title     Enter location     **Search**



## Refine your search

### Category

### Country

### City

### State

State

☐ Texas ( 5 )
☐ California ( 4 )
☐ Georgia ( 4 )
☐ Missouri ( 3 )
☐ New York ( 2 )
☐ Tennessee ( 1 )

### Zip Code

### Employee Type

### Time Type

Jobs At

🔔 **Create Job Alert**

NOTE: Use refine search filters above to get better job alerts

**Email Address**

Enter mail

You'll get emails    Weekly ▾

[Create Job Alert]

California ✕    Clear All

Search from below list

4 Jobs | Sort by    Most

### Manufacturing Maintenance Technician
(https://careers.campbellsoupcompany.com/us/en/job/Req-21125/Manufacturing-Maintenance-Technician)

Dixon, California, United States of America    Hourly Manufacturing    Full time    Req-21125

Maintenance staff team members do various types of work under minimal supervision including trouble shooting and maintaining food processing ec production lines and personnel supervision for large…

### General Laborer / Sorter
(https://careers.campbellsoupcompany.com/us/en/job/Req-25474/General-Laborer-Sorter)

Dixon, California, United States of America    Hourly Manufacturing    Full time    Req-25474

The Company is committed to providing equal opportunity for employees and applicants in all aspects of the employment relationship, without regar sex, sexual orientation, gender identity,…

### Manufacturing Maintenance Technician
(https://careers.campbellsoupcompany.com/us/en/job/Req-19713/Manufacturing-Maintenance-Technician)

Dixon, California, United States of America    Hourly Manufacturing    Full time    Req-19713

Maintenance staff team members do various types of work under minimal supervision including trouble shooting and maintaining electrical control sy instrumentation, process control systems and operator…

## DSD Warehouse Crew - 1st shift
(https://careers.campbellsoupcompany.com/us/en/job/Req-26088/DSD-Warehouse-Crew-1st-shift)

Pico Rivera, California, United States of America    Hourly Manufacturing    Full time    Req-26088

Under direct supervision, maintains the integrity of the organization's warehouses, receives, stores, picks, loads and distributes products and POS ma the warehouse. Accurately identifies…

**Career Site Cookie Settings**
(https://careers.campbellsoupcompany.com/us/en/cookiesettings)

**Personal Information**
(https://careers.campbellsoupcompany.com/us/en/email

campbellsoupcompany.com (https://www.campbellsoupcompany.com/)    Legal Information (https://www.campbellsoupcompany.com/terms-of-use/)    Privacy Policy (https://www.campbellsoupcompany.com/

Terms of Use (https://www.campbellsoupcompany.com/terms-of-use/)

As an equal opportunity employer, Campbell Soup Co. is committed to a diverse workforce and is also committed to a barrier-free employment process. Individuals that require accommodation in the job application proces click here (mailto:Campbell_External_Recruiting_Support@campbellsoup.com) for assistance.

© 2019 Campbell Soup Company All Rights Reserved.

