UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LUDMILA GULKAROV, JANINE TORRENCE, KELLY MCKEON, and JOSH CRAWFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br>v.<br><br>PLUM, PBC, and PLUM, INC., Delaware corporations,<br><br>                Defendants. | Case No. 4:21-cv-00913-YGR<br><br>**[PROPOSED] ORDER DENYING MOTION TO TRANSFER THESE RELATED CASES TO THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY** |

Before the Court is Defendants Plum, PBC and Campbell Soup Company's (collectively, the "moving defendants") motion to transfer venue to the District of New Jersey. Having carefully considered the pleadings and the papers submitted, and for the reasons set forth more fully below, the motion to transfer venue is DENIED.

Courts have long recognized that "it is not appropriate to transfer a case on convenience grounds when the effect would be simply to shift the inconvenience from one party to another." *Plascencia v. Lending 1st Mortg.,* 2008 WL 1902698, at *9 (N.D. Cal. Apr. 28, 2008).  That is all that a transfer to the District of New Jersey would accomplish here—moving the litigation from a state with weighty contacts, the home district of three plaintiffs, and the state where Plum

[PROPOSED] ORDER DENYING MOTION TO TRANSFER
CASE NO. 21-cv-00913-YGR

violated California laws, to New Jersey simply because Movants complain that California is inconvenient to them.

    For the foregoing reasons, the Court denies the motion to transfer venue to the District of New Jersey.

    It is so ORDERED this \_\_\_\_ day of _____, 2021.

_____
Hon. Yvonne Gonzalez Rogers
United State District Judge

[PROPOSED] ORDER DENYING MOTION TO TRANSFER
CASE NO. 21-cv-00913-YGR