UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORDER** | |
| LUDMILA GULKAROV, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> PLUM, PBC AND PLUM, INC., <br><br> Defendants. | Case No. 4:21-CV-913-YGR |
| VANESSA MATHIESEN, <br><br> Plaintiffs, <br><br> vs. <br><br> PLUM, PBC, <br><br> Defendant. | Case No. 4:21-CV-1763-YGR |
| CINDY PEREIRA, <br><br> Plaintiff, <br><br> vs. <br><br> CAMPBELL SOUP COMPANY AND PLUM, PBC, <br><br> Defendants. | Case No. 4:21-CV-1767-YGR |
| AUTUMN ELLISON, <br><br> Plaintiffs, <br><br> vs. <br><br> PLUM, PBC AND PLUM, INC., <br><br> Defendants. | Case No. 4:21-CV-2015-YGR |

| | |
|---|---|
| **JESSICA DAVID, ET AL.,** <br><br>    Plaintiffs, <br><br>    vs. <br><br> **PLUM, PBC,** <br><br>    Defendant. | Case No. 4:21-CV-2059-YGR |
| **LAUREN SMITH,** <br><br>    Plaintiff, <br><br>    vs. <br><br> **PLUM, PBC, ET AL.,** <br><br>    Defendants. | Case No. 4:21-CV-2519-YGR |

Pursuant to the April 26, 2021 scheduling conference held in the above-captioned cases, the Court hereby **ORDERS** as follows:

1. The current May 3, 2021 deadline for defendants Plum PBC and Plum, Inc.'s response to the *Gulkarov* consolidated class action complaint (Dkt. No. 15) is **VACATED**.
2. The *Gulkarov*, *Pereira*, *Mathiesen*, *Ellison*, and *David* actions shall be **CONSOLIDATED** pursuant to Fed. R. Civ. P. 42(a) before this Court (hereafter the "Consolidated Action"). The *Smith* action shall *not* be part of the Consolidated Action.
3. All papers filed in the Consolidated Action shall be filed under Case No. 21-CV-00913-YGR and shall bear the following caption:

| | |
|---|---|
| **IN RE PLUM BABY FOOD LITIGATION** <br> This Document Relates to: | Master File No. 4:21-CV-00913-YGR |

4. The case file for the Consolidated Action will be maintained under Master File No. 21-CV-00913-YGR.  When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above.  When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "21-CV-1767, Pereira."

5. Any action subsequently filed, transferred or removed to this Court that the Court determines arises out of the same or similar operative facts as the Consolidated Action will be, with the Court's approval, consolidated with the Consolidated Action for pre-trial purposes.  Any party may file a Notice of Related Action pursuant to N.D. Calif. Local Rule 3.12 whenever a party believes a case that should be consolidated into this action is filed in, or transferred to, this District.  If the Court determines that the case is related and should be consolidated, the clerk shall:

   a. place a copy of this Order in the separate file for such action;
   b. serve on Plaintiffs' counsel in the new case a copy of this Order;
   c. direct that this Order be served upon defendants in the new case; and
   d. make the appropriate entry in the Master Docket.

6. The parties in the Consolidated Action shall confer on a leadership structure and file any stipulation or motion no later than **June 29, 2021**.  Defendants' position regarding same shall be filed no later than **July 2, 2021**.

7. Plaintiffs in the Consolidated Action shall file a consolidated complaint no later than **thirty (30) days** after the decision of the Judicial Panel of Multidistrict Litigation should the cases remain before this Court.  Defendants shall have **thirty (30) days** after filing to respond.

8. The May 18, 2021 hearing on defendants' pending motion to transfer the *Gulkarov*, *Pereira*, *Mathiesen*, *Ellison*, and *David* actions to the District of New Jersey is **VACATED** to be reset if necessary.

This Order terminates Docket Number 29. The Clerk shall hereby **ADMINISTRATIVELY CLOSE** the *Pereira* (Case No. 4:21-CV-1767-YGR), *Mathiesen* (Case No. 21-CV-1763-YGR), *Ellison* (Case No. 4:21-CV-2015-YGR), and *David* (Case No. 4:21-CV-2059-YGR) actions.

**IT IS SO ORDERED.**

Dated: **May 3, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**