1  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
2  *dgiali@mayerbrown.com*
   Keri E. Borders (SBN 194015)
3  *kborders@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, California 90071-1503
   Telephone:   (213) 229-9500
5  Facsimile:   (213) 576-8122

6  DECHERT LLP
   Hope Freiwald (*pro hac vice*)
7  *hope.freiwald@dechert.com*
   2929 Arch Street,
8  Philadelphia, PA 19104-2808
   Telephone:   (215) 994-4000
9  Facsimile:   (215) 994-2222

10 Mark Cheffo (*pro hac vice*)
   *mark.cheffo@dechert.com*
11 1095 Avenue of the Americas,
   New York, NY, 10036-6797
12 Telephone:   (212) 698-3500
   Facsimile:   (212) 994-3599

13

14 *Attorneys for Defendants PLUM, PBC and CAMPBELL SOUP COMPANY*

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

17

18 | **IN RE PLUM BABY FOOD LITIGATION** | Master File No. 4:21-cv-00913-YGR |

19 | This Document Relates To: All Actions | Hon. Yvonne Gonzalez Rogers |

20 | | **DEFENDANT PLUM, PBC'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

21

22 | | **[FRCP 7.1(A); L.R. 3-15]** |

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Civil L.R. 3-15 of the Northern District of California, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Sun-Maid Growers of California. (This amendment is being filed as a result of the May 3, 2021 sale of Plum, PBC, formerly an indirect wholly owned subsidiary of Campbell Soup Company, to Sun-Maid Growers of California.)

Dated: May 27, 2021

MAYER BROWN LLP
Dale J. Giali
Keri E. Borders

DECHERT LLP
Hope Friewald
Mark Cheffo

by: /s/ *Dale J. Giali*
Dale J. Giali
Attorneys for Defendants
PLUM, PBC and CAMPBELL SOUP COMPANY