# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | No. 3:19-cv-03074-YGR <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE <br><br> *As Modified by the Court* |
| BARRY SERMONS, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | No. 3:19-cv-03796-YGR |

010818-11/1193659 V1

1   Now before the Court is Plaintiffs' Motion for Appointment of Interim Lead Class Counsel
2   and Executive Committee.
3   This motion relates to antitrust cases brought by iOS developers alleging that the defendant,
4   Apple Inc., has acquired and maintained monopoly (or, alternatively, monopsony) power as it
5   relates to the distribution of iOS apps and in-app products, including sales of subscriptions via the
6   App Store in violation of the federal antitrust laws and California's Unfair Competition Law.
7   The Court concludes that Hagens Berman Sobol Shapiro LLP (Hagens Berman) should be
8   appointed, and is hereby appointed, interim lead counsel in these iOS developer antitrust matters.
9   The Court concludes that such appointment will aid in achieving efficiency and economy in what is
10  likely to be expensive and complicated litigation, and that such appointment will enhance fairness
11  to all parties concerned, as well as the proposed classes.
12  In reaching these conclusions, the Court has carefully reviewed the motion and its
13  accompanying submissions, including declarations and attachments submitted on behalf of Hagens
14  Berman, as well as declarations and attachments submitted on behalf of the Saveri firm and the
15  Freed Kanner firm, and the declaration of the Sperling & Slater firm, and has also considered the
16  factors outlined in Rule 23(g) of the Federal Rules of Civil Procedure and other authority cited by
17  the plaintiffs.  The plaintiffs' submissions demonstrate that Hagens Berman satisfies the
18  requirements of Rule 23(g) for appointment as interim lead class counsel.  This includes the work
19  counsel has done in identifying or investigating potential claims in the action; counsel's experience
20  in handling class actions, other complex litigation, and the types of claims asserted in the action;
21  counsel's knowledge of the applicable law; and the resources that counsel has available and will
22  commit to representing the class.
23  The Court likewise appoints the Saveri, Freed Kanner, and Sperling & Slater firms as the
24  constituents of Plaintiffs' Executive Committee.
25  Accordingly, the Court VACATES the hearing scheduled for November 5, 2019.
    This Order terminates Docket Number 49.
26
27
28  [PROP.] ORDER GRANTING MOT. FOR APPT. OF
    INTERIM LEAD CLASS COUNSEL & EXEC. COMM.
    - Case No. 19-cv-03074-YGR                              - 1 -
    010818-11/1193659 V1

IT IS SO ORDERED.

DATED: October 10, 2019

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROP.] ORDER GRANTING MOT. FOR APPT. OF
INTERIM LEAD CLASS COUNSEL & EXEC. COMM.
- Case No. 19-cv-03074-YGR
010818-11/1193659 V1

- 2 -