Annick M. Persinger (SBN #272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
T: (510) 254-6808
F: (202) 973-0950
Email: *apersinger@tzlegal.com*

Hassan A. Zavareei (SBN #181547)
Allison W. Parr*
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW Suite 1000
Washington, DC 20036
T: (202) 973-0900
F: (202) 973-0950
Email: *hzavareei@tzlegal.com*
*aparr@tzlegal.com*

[Additional counsel listed on signature page]

**Pro Hac Vice* Forthcoming

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION | Master File No: 4:21-CV-00913-YGR |
| This Document Relates To: All Actions | **DECLARATION OF ANNICK M. PERSINGER IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL** |
| | [*Motion for Appointment of Interim Co-Lead Counsel and [Proposed] Order filed concurrently herewith*] |
| | Date: August 3, 2021<br>Time: 2:00 pm<br>Courtroom: 1, Fourth Floor<br>Honorable Yvonne Gonzalez Rogers |

I, Annick M. Persinger, declare as follows:

1. I am a member of the bar of this Court and a partner with Tycko & Zavareei LLP. I am an attorney of record for Plaintiff Sarah Brown. I make this declaration in support of the Motion for Appointment of Melissa S. Weiner, Annick M. Persinger, and Rachel Soffin as Interim Co-Lead Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

2. Attached as Exhibit A is a true and correct copy of the firm resumes of Pearson, Simon & Warshaw, LLP, Tycko & Zavareei LLP, and Milberg Coleman Bryson Phillips Grossman, PLLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Oakland, California, on June 29, 2021.

        */s/ Annick M. Persinger*
         Annick M. Persinger

DECLARATION OF ANNICK M. PERSINGER IN SUPPORT OF MOTION FOR APPOINTMENT
Master File No.: 4:21-CV-00913-YGR