LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

LITE DEPALMA GREENBERG & AFANADOR, LLC
SUSANA CRUZ HODGE (pro hac vice)
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: scruzhodge@litedepalma.com

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION<br><br>This document relates to:<br><br>All Actions | Case No. 4:21-CV-00913 (YGR)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT FILING DEADLINES** |

Pursuant to the Court's Order Denying Motion to Transfer and Granting In Part the *Gulkarov* Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel (Docket 79), the Parties have met and conferred and hereby enter into this stipulation as set forth below.

The Parties agree to the following deadlines.

| | |
|---|---|
| Plaintiffs' Amended Complaint | September 3, 2021 |
| Response/Motion to Dismiss | October 18, 2021 |
| Opposition to Motion to Dismiss | December 1, 2021 |

**STIPULATION AND [PROPOSED] ORDER
REGARDING AMENDED COMPLAINT FILING DEADLINES**
Case No. 4:21-CV-00913 (YGR)                1

| Reply to Motion to Dismiss | December 21, 2021 |
|---|---|
| Hearing on Motion to Dismiss | |

STIPULATED TO AND DATED this 5th day of August, 2021.

Dated: August 5, 2021

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: /s/ Rebecca A. Peterson
     Rebecca A. Peterson
ROBERT K. SHELQUIST
REBECCA A. PETERSON
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

LITE DEPALMA GREENBERG & AFANADOR, LLC
JOSEPH J. DEPALMA (pro hac vice)
SUSANA CRUZ HODGE (pro hac vice)
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

**Plaintiffs' Interim Co-Lead Class Counsel**

**STIPULATION AND [PROPOSED] ORDER
REGARDING AMENDED COMPLAINT FILING DEADLINES**
Case No. 4:21-CV-00913 (YGR)            2

| | |
|---|---|
| 1  Dated: August 5, 2021 | MAYER BROWN LLP |
| 2 | |
| 3 | By: s/ Dale J. Giali |
| | DALE J. GIALI (SBN 150382) |
| 4 | KERI E. BORDERS (SBN 194015) |
| | 350 South Grand Avenue, 25th Floor |
| 5 | Los Angeles, California 90071-1503 |
| | Telephone: (213) 229-9500 |
| 6 | Facsimile: (213) 576-8122 |
| | dgiali@mayerbrown.com |
| 7 | kborders@mayerbrown.com |
| 8 | |
| 9 | **Attorneys for Defendants PLUM, PBC and Campbell Soup Company** |

**STIPULATION AND [PROPOSED] ORDER
REGARDING AMENDED COMPLAINT FILING DEADLINES**
Case No. 4:21-CV-00913 (YGR)           3

**CERTIFICATION OF COMPLIANCE WITH N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 5, 2021                                      By: /s/ Rebecca A. Peterson
                                                                           Rebecca A. Peterson

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING AMENDED COMPLAINT FILING DEADLINES**
Case No. 4:21-CV-00913 (YGR)                 5