LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

LITE DEPALMA GREENBERG & AFANADOR, LLC
SUSANA CRUZ HODGE (pro hac vice)
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: scruzhodge@litedepalma.com

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION<br><br>This document relates to:<br><br>All Actions | Case No. 4:21-CV-00913 (YGR)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING AMENDED<br>COMPLAINT FILING DEADLINES** |

Pursuant to the Court's Order Denying Motion to Transfer and Granting In Part the *Gulkarov* Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel (Docket 79), the Parties have met and conferred and hereby enter into this stipulation as set forth below.

The Parties agree to the following deadlines.

| | |
|---|---|
| Plaintiffs' Amended Complaint | September 3, 2021 |
| Response/Motion to Dismiss | October 18, 2021 |
| Opposition to Motion to Dismiss | December 1, 2021 |

| Reply to Motion to Dismiss | December 21, 2021 |
|---|---|
| Hearing on Motion to Dismiss | January 11, 2022 |

STIPULATED TO AND DATED this 5th day of August, 2021.

Dated: August 5, 2021

Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: */s/ Rebecca A. Peterson*
      Rebecca A. Peterson
ROBERT K. SHELQUIST
REBECCA A. PETERSON
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

LITE DEPALMA GREENBERG & AFANADOR, LLC
JOSEPH J. DEPALMA (pro hac vice)
SUSANA CRUZ HODGE (pro hac vice)
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

**Plaintiffs' Interim Co-Lead Class Counsel**

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING AMENDED COMPLAINT FILING DEADLINES**
Case No. 4:21-CV-00913 (YGR)            2

Dated: August 5, 2021                    MAYER BROWN LLP

By: s/ Dale J. Giali
DALE J. GIALI (SBN 150382)
KERI E. BORDERS (SBN 194015)
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 576-8122
dgiali@mayerbrown.com
kborders@mayerbrown.com

**Attorneys for Defendants PLUM, PBC and Campbell Soup Company**

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 6, 2021

HONORABLE YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING AMENDED COMPLAINT FILING DEADLINES**
Case No. 4:21-CV-00913 (YGR)                    3