Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LUDMILA GULKAROV, et al.

        Plaintiff(s),

v.

PLUM, PBC,

        Defendant(s).

Case No: 4-21-cv-00913

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brittany Leanne Brown, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Vanessa Mathiesen in the above-entitled action. My local co-counsel in this case is Dennis Stewart, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| George Gesten McDonald, PLLC<br>9897 Lake Worth Road, Suite 302<br>Lake Worth, Florida 33467 | Gustafson Gluek, PLLC.<br>600 B Street, 17th Floor<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD:<br>(561) 232-6002 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 595-3299 |
| MY EMAIL ADDRESS OF RECORD:<br>BBrown@4-Justice.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>DStewart@gustafsongluek.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 105071.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 8/23/2021

                                          */s/ Brittany L. Brown*
                                                  APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Brittany Leanne Brown is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                                         October 2012

# Supreme Court of Florida
## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**BRITTANY LEANNE BROWN**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on SEPTEMBER 24, 2013, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this AUGUST 13, 2021.

_____
Clerk of the Supreme Court of Florida