Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LUDMILA GULKAROV, et al )
           ) Case No: 4-21-cv-00913
      Plaintiff(s), )
           ) **APPLICATION FOR**
 v.        ) **ADMISSION OF ATTORNEY**
           ) **PRO HAC VICE**
PLUM, PBC,       ) (CIVIL LOCAL RULE 11-3)
           )
      Defendant(s). )

  I, Lori Gwen Feldman, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Vanessa Mathiesen in the above-entitled action. My local co-counsel in this case is Dennis Stewart, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| George Gesten McDonald, PLLC.<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520 | Gustafson Gluek, PLLC.<br>600 B Street, 17th Floor<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (917) 983-9321 | (619) 595-3299 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| LFeldman@4-Justice.com | DStewart@gustafsongluek.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2389070.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/23/2021

                  /s/ Lori G. Feldman
                     APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

  IT IS HEREBY ORDERED THAT the application of Lori Gwen Feldman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                *October 2012*



*Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

*I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Lori G. Feldman

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 8, 1991**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 29, 2021.*

*Clerk of the Court*

CertID-00026011