**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
REBECCA A. PETERSON, #241858
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
SUSANA CRUZ HODGE (*pro hac vice*)
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
jdepalma@litedepalma.com
scruzhodge@litedepalma.com

**Plaintiffs' Interim Co-Lead Class Counsel**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE PLUM BABY FOOD LITIGATION | ) | Case No. 21-cv-00913-YGR |
| | ) | |
| This document relates to: | ) | |
| | ) | **JOINT STATEMENT REGARDING CASE** |
| All Actions | ) | **MANAGEMENT** |

The parties to the above-entitled action submit this joint statement regarding case management.

## I.  PLAINTIFFS' STATEMENT

1.    The above-captioned matter was consolidated before this Court on March 9, 2021. (Dkt. 14.) An Initial Case Management Conference was held before this Court on April 26, 2021. (Dkt. 58.)

2.    On July 30, 2021, this Court entered an Order denying Defendants' motion to transfer this consolidated action to the District of New Jersey. (Dkt. 79 at 7-8.) The Court further

JOINT STATEMENT REGARDING CASE MANAGEMENT
CASE NO. 21-cv-00913-YGR

granted the motion for appointment of undersigned counsel as Interim Co-Lead Counsel "for plaintiffs and other members of the proposed classes in the Consolidated Action." (*Id.* at 8.)

3.      On August 6, 2021, the Court entered an Order setting deadlines for the filing of an amended complaint, response/motion to dismiss, and opposition to motion to dismiss. (Dkt. 82.) Plaintiffs filed their First Amended Consolidated Complaint in accordance with that Order on September 3, 2021. (Dkt. 98.)

4.      In light of the consolidation of this matter, the appointment of lead counsel, and the filing of the First Amended Consolidated Complaint, a second case management conference is necessary to expedite the efficient and speedy litigation of this matter, including by setting deadlines for initial disclosures and putting a discovery plan in place in accordance with Fed. R. Civ. P. 16(c).

5.      Plaintiffs therefore request a Case Management Conference on or about October 4, 2021. Plaintiffs will work with Defendants to prepare and submit a joint case management statement save days in advance thereof, in accordance with Paragraph 6 of this Court's Standing Order in Civil Cases and the Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement.

## II.      DEFENDANT'S STATEMENT

1.      Defendant Plum, PBC agrees that there will be a need for case management and scheduling, but that any Rule 16 scheduling conference and scheduling order is premature until pleadings and location of all of the related Plum cases have been resolved so that there can be universal coordination of discovery and dispositive motions. The status of the pending Plum matters is as follows:

   a. *In re Plum Baby Food Litig.*, No. 21-cv-00913-YGR (N.D. Cal.) – Response to the first amended consolidated complaint is due by October 18, 2021, and Plum anticipates moving to dismiss the amended complaint in its entirety, including seeking to dismiss or stay on primary jurisdiction grounds.

JOINT STATEMENT REGARDING CASE MANAGEMENT
CASE NO. 21-cv-00913-YGR

b.  *In re Plum Baby Food Litig.*, No. 21-cv-2417-NLH-KMW (D.N.J.) – This action is a consolidation of five parallel consumer class actions against Plum, PBC and Campbell Soup Company in New Jersey. Currently pending in the action is a motion for interim lead counsel. ECF 57. Once appointed, interim lead counsel will file a consolidated amended complaint and defendants will have 45 days to respond to the consolidated amended complaint. ECF 45. Plum and Campbell Soup Company likewise intend to file a motion to dismiss the D. N.J. consolidated complaint, including seeking to dismiss or stay on primary jurisdiction grounds.

c.  *L. Smith, et al. v. Plum, PBC, et al.*, No. 21-cv-2519-YGR (N.D. Cal.) – This multi-defendant consumer class action alleging a RICO claim and, separately, non-RICO claims was dismissed just today. On August 26, 2021, the same firm (Sharp Law) filed a RICO-only action in Oregon (*Gavula, et al. v. Campbell Soup Company, et al.*, No. 21-cv-1275-IM (D. Or.), further demonstrating that the relevant actions, parties and claims are fluid.

2.  Given defendants' anticipated motions to dismiss in the N.D. Cal. and D. N.J. consolidated cases, the pleadings are not yet settled. Defendants' anticipated motions could significantly impact the scope of the issues in the consolidated cases, including whether they proceed at this time at all or whether the courts defer to the primary jurisdiction of FDA, which is currently undertaking a review and considering rule making, pursuant to its regulatory authority, regarding heavy metals in baby food, which is expected to result in specific science-based regulations and guidance.

3.  It would be inefficient and potentially lead to inconsistent rulings for the parallel consolidated cases to proceed on two different tracks or for the parties to engage in duplicative and overlapping discovery (which should be identical) and dispositive motions. Accordingly, once the pleadings are settled in both the N.D. Cal and D. N.J. consolidated cases, Plum requests

JOINT STATEMENT REGARDING CASE MANAGEMENT
CASE NO. 21-cv-00913-YGR

that a case management conference be set to address how both cases and the discovery between them can be coordinated so that Lead Counsel for plaintiffs in both N.D. Cal and D. N.J. are working on similar, non-duplicative and non-conflicting schedules.

Dated:  September 10, 2021

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: *s/ Rebecca A. Peterson*
REBECCA A. PETERSON, #241858
ROBERT K. SHELQUIST (*pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
SUSANA CRUZ HODGE (*pro hac vice*)
JOSEPH J. DEPALMA (*pro hac vice*)
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com

**Plaintiffs' Interim Co-Lead Class Counsel**

JOINT STATEMENT REGARDING CASE MANAGEMENT
CASE NO. 21-cv-00913-YGR

1    Dated: September 10, 2021

**MAYER BROWN L.L.P.**

2

By: *s/ Dale J. Giali*       
Dale J. Giali (SBN 150382)

3

dgiali@mayerbrown.com
Keri E. Borders (SBN 194015)

4

kborders@mayerbrown.com
350 South Grand Avenue, 25th Floor

5

Los Angeles, California 90071-1503
Telephone:    (213) 229-9500

6

Facsimile:     (213) 576-8122

7

8

**DECHERT LLP**
Hope Freiwald (*pro hac vice*)

9

hope.freiwald@dechert.com
2929 Arch Street,

10

Philadelphia, PA 19104-2808
Telephone:    (215) 994-4000

11

Facsimile:     (215) 994-2222

12

Mark Cheffo (*pro hac vice*)

13

mark.cheffo@dechert.com
1095 Avenue of the Americas,

14

New York, NY, 10036-6797
Telephone:    (212) 698-3500

15

Facsimile:     (212) 994-3599

16

**Attorneys for Defendant Plum, PBC**

17

18

19

20

21

22

23

24

25

26

27

28

1

JOINT STATEMENT REGARDING CASE MANAGEMENT
CASE NO. 21-cv-00913-YGR

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List generated by the CM/ECF system.

*s/ Rebecca A. Peterson*
REBECCA A. PETERSON

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT REGARDING CASE MANAGEMENT
CASE NO. 21-cv-00913-YGR