UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION,<br><br>This document relates to:<br><br>All Actions | Case No. 4:21-CV-913-YGR<br><br>**ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 99 |

The parties have filed a joint statement regarding the scheduling of a case management conference. (Dkt. No. 99.)  The Court has reviewed the docket in this action and notes the stipulated briefing schedule set for the anticipated motion to dismiss. (Dkt. No. 82.)  Accordingly, until the Court has resolved the motion, the Court finds that a case management conference in this matter is premature and will reset it at a later date.  This order is not intended to be an indication as to the merits of the motion.

**IT IS SO ORDERED.**

Dated: **September 14, 2021**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE