DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
MICHAEL H. PEARSON (Bar No. 277857)
  mpearson@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:  (818) 788-8300
Facsimile:  (818) 788-8104

*Attorneys for Plaintiff Sarah Brown*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION,<br><br>This document relates to:<br><br>*Brown v. PLUM, PBC*<br>*4:21-cv-04953* | CASE NO. 21-cv-00913-YGR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL H. PEARSON** |

962491.1

Case No. 4:21-cv-00913-YGR

NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL H. PEARSON

1  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE that Michael H. Pearson of Pearson, Simon & Warshaw, LLP

3  hereby withdraws as counsel for Plaintiff Sarah Brown in the above-captioned action. Plaintiff

4  continues to be represented by the Law firm of Milberg Coleman Bryson Phillips Grossman.  All

5  future pleadings and correspondence in this action should continue to be directed to them.

6  DATED: September 23, 2021　　　　　　　　**PEARSON, SIMON & WARSHAW, LLP**

9  　　　　　　　　　　　　　　　　　　　　By: _____/s/ Michael H. Pearson_____
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL H. PEARSON

Michael H. Pearson (CA Bar No. 277857)
Daniel L. Warshaw (CA Bar No. 185365)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788 8300
mpearson@pswlaw.com
dwarshaw@pswlaw.com