MAYER BROWN LLP
DALE J. GIALI (SBN 150382)
*dgiali@mayerbrown.com*
KERI E. BORDERS (SBN 194015)
*kborders@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:	(213) 229-9500
Facsimile:	(213) 625-0248

DECHERT LLP
Hope Freiwald (admitted *pro hac vice*)
*hope.freiwald@dechert.com*
2929 Arch Street,
Philadelphia, PA 19104-2808
Telephone:	(215) 994-4000
Facsimile:	(215) 994-2222

Mark Cheffo (admitted *pro hac vice*)
*mark.cheffo@dechert.com*
1095 Avenue of the Americas,
New York, NY, 10036-6797
Telephone:	(212) 698-3500
Facsimile:	(212) 994-3599

Attorneys for Defendant
Plum, PBC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 4:21-cv-00913-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**DECLARATION OF KERI E. BORDERS IN SUPPORT OF DEFENDANT PLUM, PBC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS OR IN THE ALTERNATIVE, TO STAY**<br><br>Date: January 11, 2022<br>Time: 2:00 p.m.<br>Courtroom: 1<br><br>[*Motion to Dismiss or in the Alternative, to Stay* and [*Proposed*] *Order Filed Concurrently Herewith*] |

**DECLARATION OF KERI E. BORDERS**

I, Keri E. Borders, hereby declare and state under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of California and one of the attorneys of record for defendant Plum, PBC (also erroneously sued as Plum, Inc.) (collectively, "Plum") in this action.  This declaration is based on my involvement with this action and my personal knowledge of the facts recited below. I am submitting this declaration in support of Plum's request for judicial notice in connection with its motion to dismiss, or in the alternative, to stay the First Amended Consolidated Class Action Complaint ("FACC").

2. Attached hereto as **Exhibit A** is a true and correct copy of the Healthy Babies Bright Futures Report accessible through the citation and hyperlink in the FACC at ¶ 10 fn. 5, available at https://www.healthybabyfood.org/sites/healthybabyfoods.org/files/2020-04/BabyFoodReport_ENGLISH_R6.pdf. A copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Food and Drug Administration ("FDA") document, *Closer to Zero*: Action Plan for Baby Foods, dated April 8, 2021 and available at  https://www.fda.gov/food/metals-and-your-food/closer-zero-action-plan-baby-foods. A copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

4. Attached hereto as **Exhibit C** is a true and correct copy of the FDA Constituent Update dated February 16, 2021, available at https://www.fda.gov/food/cfsan-constituent-updates/fda-response-questions-about-levels-toxic-elements-baby-food-following-congressional-report. A copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

5. Attached hereto as **Exhibit D** is a true and correct copy of the FDA Constituent Update dated March 5, 2021, available at https://www.fda.gov/food/cfsan-constituent-updates/fda-letter-industry-chemical-hazards-including-toxic-elements-food-and-update-fda-efforts-increase. A copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

1    6.    Attached hereto as **Exhibit E** is a true and correct copy of the FDA Constituent Update dated April 8, 2021, available at https://www.fda.gov/food/cfsan-constituent-updates/fda-shares-action-plan-reducing-exposure-toxic-elements-foods-babies-and-young-children. A copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

7.    Attached hereto as **Exhibit F** is a true and correct copy of the FDA Constituent Update dated October 8, 2021, available at https://www.fda.gov/food/cfsan-constituent-updates/fda-announces-first-closer-zero-action-plan-public-meeting. A copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

8.    Attached hereto as **Exhibit G** is a true and correct copy of Environmental Defense Fund, *Lead in Food: A Hidden Health Threat* (June 15, 2017), available at www.edf.org/sites/default/files/edf_lead_food_report_final.pdf. This document is cited at FACC at Ex. 1 at p. 21, n.50, and a copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

9.    Attached hereto as **Exhibit H** is a true and correct copy of Consumer Reports, *Heavy Metals in Baby Food: What You Need to Know* (August 16, 2018), available at https://www.consumerreports.org/food-safety/heavy-metals-in-baby-food/. This document is cited at ¶ 195 n.97 and a copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

10.   Attached hereto as **Exhibit I** is a true and correct copy of FDA's Guidance for Industry: Action Level for Inorganic Arsenic in Rice Cereals for Infants, available at https://www.fda.gov/media/97234/download. A copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

11.   Attached hereto as **Exhibit J** is a true and correct copy of FDA's Press Statement dated April 8, 2021, available at https://www.fda.gov/news-events/press-announcements/fda-releases-action-plan-reducing-exposure-toxic-elements-foods-babies-young-children. A copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

12. Attached hereto as **Exhibit K** is a true and correct copy of Consumer Reports, *Consumer Reports tests juices for arsenic and lead* (November 30, 2011), available at https://www.consumerreports.org/cro/news/2011/11/consumer-reports-tests-juices-for-arsenic-and-lead/. This document is cited in the HBBF Report accessible through the citation and hyperlink in the FACC at ¶ 10 fn. 5., and a copy of this document was downloaded via the above-listed hyperlink as part of Mayer Brown's work on this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

This declaration is executed on the 18th day of October, 2021, at Los Angeles, California.

By: */s/ Keri E. Borders*
        Keri E. Borders