Rebecca K. Timmons (Fla. Bar No. 121701)
btimmons@levinlaw.com
LEVIN, PAPANTONIO, RAFFERTY
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140

*Attorney for Plaintiff Sarah Brown*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| *IN RE PLUM BABY FOOD LITIGATION.*<br><br>This Document Relates To:<br><br>*Brown v PLUM, PBC*<br>*4:21-cv-04953* | CASE NO.: 4:21-CV-00913-YGR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL REBECCA K. TIMMONS** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Rebecca K. Timmons of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. hereby withdraws as counsel for Plaintiff Sarah Brown in the above-captioned action. Plaintiff continues to be represented by the Law firm of Milberg Coleman Bryson Phillips Grossman. All future pleadings and correspondence in this action should continue to be directed to them.

DATED: October 20, 2021

                                                   **LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**

                                                 */s/ Rebecca K. Timmons*
                                                 Rebecca K. Timmons (Fla. Bar No. 121701)
                                                 btimmons@levinlaw.com
                                                 316 S. Baylen St., Suite 600
                                                 Pensacola, FL 32502
                                                 Tel: (850) 435-7140