LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
E-mail: rapeterson@locklaw.com

LITE DEPALMA GREENBERG & AFANADOR, LLC
SUSANA CRUZ HODGE, *Pro Hac Vice*
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: scruzhodge@litedepalma.com

**Co-Lead Interim Class Counsel**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 21-cv-00913-YGR<br><br>Hon: Yvonne Gonzalez Rogers<br><br>**DECLARATION OF REBECCA A. PETERSON IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE TO STAY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:   January 11, 2022<br>Time:   2:00 PM<br>Courtroom:  1 |

DECLARATION OF REBECCA A. PETERSON IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS
CASE NO. 21-cv-00913-YGR

I, Rebecca A. Peterson, declare as follows:

1. I am a partner at Lockridge Grindal Nauen P.L.L.P. and represent Plaintiffs in the above-captioned matter. I submit this declaration in opposition to Defendant's Motion to Dismiss or, in the Alternative, to Stay.

2. Attached hereto as Exhibit 1 is a true and correct copy of the U.S. House of Representatives Committee on Oversight and Reform, Subcommittee on Economic and Consumer Policy (the "Subcommittee") Staff Report dated September 29, 2021, and titled, "New Disclosures Show Dangerous Levels of Toxic Heavy Metals in Even More Baby Foods," and internal Plum test results, obtained and cited by and the Subcommittee, from 2017-2019 and 2019 to the present.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of December, 2021.

> s/  Rebecca A. Peterson
> Rebecca A. Peterson
> *Attorney for Plaintiffs*