1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE PLUM BABY FOOD LITIGATION | ) | Case No. 21-cv-00913-YGR |
| | ) | |
| This document relates to: | ) | Hon: Yvonne Gonzalez Rogers |
| All Actions | ) | |
| | ) | |
| | ) | **[PROPOSED]** ORDER RE INITIAL CASE MANAGEMENT CONFERENCE |
| | ) | |
| | ) | Date:        March 14, 2022 |
| | ) | Time:        2:00 PM |
| | ) | Courtroom: 1 |

[PROPOSED] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 21-cv-00913-YGR

On March 14, 2022, the Court held the Initial Case Management Conference in the above-entitled action. Pursuant to the Joint Case Management Conference statement submitted by the Parties, the Court enters the following case schedule:

| EVENT | ~~PROPOSED~~ DEADLINE |
|---|---|
| Mediation Completion Date | 7/29/22 |
| Plaintiffs' expert disclosures regarding class certification | 10/21/22 |
| Defendant's expert disclosures regarding class certification | 12/16/22 |
| Expert depositions and Class Certification Expert Discovery Cutoff | 1/27/23 |
| Motion for Class Certification | 2/14/23 |
| Opposition to Class Certification and Defendant's Daubert Motions | 3/28/23 |
| Reply in Support of Class Certification and Plaintiff's Daubert Motions | 4/18/23 |
| Opposition to Defendant's Daubert Motions | 4/26/23 |
| Defendant's Reply in Support of Daubert Motion | 5/9/23 |
| Opposition to Plaintiff's Daubert Motions | 5/17/23 |
| Reply in Support of Plaintiffs' Daubert Motions | 6/6/23 |
| Hearing on Class Certification/Daubert Motions | 6/27/2023 |
| Parties to meet and confer and submit proposed case schedule for remaining Merits | Within 21 days' of entry of the Court's decision on class certification. |

2
~~[PROPOSED]~~ ORDER RE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 21-cv-00913-YGR

| EVENT | ~~PROPOSED~~ DEADLINE |
|---|---|
| Fact and Expert discovery and Dispositive Motions | |

The case is hereby **REFERRED** to private mediation.

Further, pleadings may not be amended without leave of Court upon Rule 16 motion.

**IT IS SO ORDERED.**

Dated: March  23 , 2022

_____
Hon. Yvonne Gonzalez Rogers