DAVID T. BIDERMAN (SBN 101557)
505 Howard Street, Suite 1000
San Francisco, CA 94105
 (415) 344-7000
dbiderman@perkinscoie.com

CHARLES SIPOS (*pro hac vice forthcoming*)
LAUREN TSUJI (SBN 300155)
CARRIE AKINAKA (SBN 324248)
1201 Third Avenue Suite 4900
Seattle, WA 98101
(206) 359-3983
csipos@perkinscoie.com
ltsuji@perkinscoie.com
cakinaka@perkinscoie.com

HOPE S. FREIWALD (*pro hac vice*)
MICHELLE H. YEARY (*pro hac vice pending*)
2929 Arch Street
Philadelphia, PA 19104-2808
215-994-2514
hope.freiwald@dechert.com
michelle.yeary@dechert.com

MARK S. CHEFFO (*pro hac vice*)
1095 Avenue of the Americas
New York, NY 10036-6797
212-698-3814
mark.cheffo@dechert.com

*Attorneys for Defendants Plum, PBC and Campbell Soup Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION<br><br>This document relates to:<br><br>All Actions | Case No. 4:21-CV-00913 (YGR)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE TO COMPLETE MEDIATION** |

**WHEREAS**, this Court issued a Case Management Order (ECF No. 138) requiring the completion of mediation by July 29, 2022, and referring the matter to mediation via private ADR;

**WHEREAS**, the Parties, through their respective counsel, have met and conferred on the selection of a mediator;

**WHEREAS**, on July 14, 2022, Defendants substituted new lead counsel who needed to meet and confer with Plaintiffs' counsel on an appropriate mediator;

**WHEREAS**, the Parties have now agreed to conduct the mediation before Hon. Suzanne Segal (Ret.);

**WHEREAS**, the first available date before Judge Segal that accommodated the schedules of counsel for Plaintiffs and counsel for Defendants is August 22, 2022;

**WHEREAS**, the Parties, through their respective counsel, seek a thirty (30) day extension to complete mediation;

**WHEREAS**, this extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective Parties;

**WHEREAS**, this extension shall in no way interfere with progress of discovery or other aspects of the litigation and shall not impact any of the other dates set forth in the Case Management Order;

**THEREFORE**, pursuant to Federal Rule of Civil Procedure 16(d), both Parties stipulate to an extension of the deadline to complete mediation from July 29, 2022 to August 29, 2022.

STIPULATED TO AND DATED this 21st day of July, 2022.

| | |
|---|---|
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br><br>By: *s/ Rebecca A. Peterson*<br>REBECCA A. PETERSON<br>ROBERT K. SHELQUIST<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: rkshelquist@locklaw.com<br>rapeterson@locklaw.com | **PERKINS COIE LLP**<br><br>By: *s/ David T. Biderman*<br>DAVID T. BIDERMAN<br>505 Howard Street, Suite 1000<br>San Francisco, CA 94105<br> (415) 344-7000<br>dbiderman@perkinscoie.com<br><br>CHARLES SIPOS<br>LAUREN TSUJI<br>CARRIE AKINAKA<br>1201 Third Avenue Suite 4900<br>Seattle, WA 98101<br>(206) 359-3983<br>csipos@perkinscoie.com<br>ltsuji@perkinscoie.com<br>cakinaka@perkinscoie.com |
| **LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>SUSANA CRUZ HODGE (*pro hac vice*)<br>JOSEPH J. DEPALMA (*pro hac vice*)<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Telephone: (973) 623-3000<br>E-mail: jdepalma@litedepalma.com<br>scruzhodge@litedepalma.com<br><br>*Plaintiffs' Interim Co-Lead Class Counsel* | **DECHERT LLP**<br>HOPE S. FREIWALD<br>MICHELLE H. YEARY<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>215-994-2514<br>hope.freiwald@dechert.com<br>michelle.yeary@dechert.com<br><br>MARK S. CHEFFO<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>212-698-3814<br>mark.cheffo@dechert.com<br><br>*Attorneys for Defendants Plum, PBC and Campbell Soup Company* |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING THE DEADLINE FOR MEDIATION

Case No. 4:21-CV-00913 (YGR)

**CERTIFICATION OF COMPLIANCE WITH N.D. Cal. L.R. 5-1(h)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(h)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 21, 2022                                By: *s/ David T. Biderman*
                                                                    David T, Biderman

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties hereto, the Court GRANTS the Parties' request and AMENDS the deadline to complete mediation to August 29, 2022, an additional thirty (30) days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 22, 2022

_____
HONORABLE YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE