1 | Dennis Stewart (SBN 99152)
2 | **GUSTAFSON GLUEK PLLC**
3 | 600 W. Broadway, Suite 3300
  | San Diego, CA 92101
4 | Telephone: (619) 595-3299
  | Fax: (612) 339-6622
5 | dstewart@gustafsongluek.com
6 | *Counsel for Plaintiffs Kelly McKeon*
7 | *and Josh Crawford*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE PLUM BABY FOOD LITIGATION | Case No. 21-cv-00913-YGR |
|---|---|
| This Document Relates to: | **NOTICE OF CHANGE OF ADDRESS FOR GUSTAFSON GLUEK PLLC AND DENNIS STEWART** |
| *McKeon, et al. v. Plum, et al.* Case No. 21-cv-01113 | |

NOTICE OF CHANGE OF ADDRESS

TO: The Clerk of the Court and to All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT attorney Dennis Stewart files this Notice of Change of Address and hereby notifies the Court and all parties that the law firm of Gustafson Gluek PLLC located at 600 B Street, 17th Floor, San Diego, CA 92101 has changed their address to:

GUSTAFSON GLUEK PLLC
600 W. Broadway, Suite 3300
San Diego, CA 92101

All pleadings, orders, notices, discovery, and other documents should be served on counsel at:

GUSTAFSON GLUEK PLLC
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

Dated: August 4, 2022

Respectfully submitted,

/s/Dennis Stewart
Dennis Stewart (SBN 99152)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

*Counsel for Plaintiffs Kelly McKeon and Josh Crawford*

2

NOTICE OF CHANGE OF ADDRESS