**PERKINS COIE LLP**
David T. Biderman (Bar No. 101577)
dbiderman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Charles C. Sipos (admitted *pro hac vice*)
csipos@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101 3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

**DECHERT LLP**
Hope Freiwald (admitted *pro hac vice*)
hope.freiwald@dechert.com
2929 Arch Street,
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

Mark Cheffo (admitted *pro hac vice*)
mark.cheffo@dechert.com
1095 Avenue of the Americas,
New York, NY, 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 994-3599

*Attorneys for Defendant Plum, PBC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION | Case No. 4:21-cv-00913-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| This Document Relates To: ALL ACTIONS | **STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Sarah Brown, Josh Crawford, Jessica David, Autumn Ellison, Ludmila Gulkarov, Vanessa Mathiesen, Kelly McKeon, Tommy Nurre, and Janine Torrence ("Plaintiffs") and Defendant Plum, PBC ("Plum") (collectively, the "Parties") respectfully submit this stipulated request to extend the current case schedule by approximately sixty (60) days for the reasons set forth below.

## STIPULATION

**WHEREAS**, on March 23, 2022, this Court issued a case schedule in its Order RE: Initial Case Management Conference (ECF No. 138), which set deadlines for expert disclosures and expert discovery, expert motions, and class certification motions;

**WHEREAS,** the Parties, through their respective counsel, have met and conferred regarding the deadlines in the existing case schedule;

**WHEREAS**, the Parties have been engaging are continuing to engage in fact discovery in good faith, including the production of documents and scheduling of depositions, and agree that each would benefit from additional time to continue to conduct such discovery, including prior to the deadlines for Plaintiffs' and Defendant's expert disclosures and therefore request a modest 60-day extension of time, and resulting adjustment of the remaining deadlines, for that purpose;

**WHEREAS**, this is the second modification to the case schedule. On July 21, 2022, the Court granted the Parties' Stipulated Request to Extend the Deadline to Complete Mediation, from July 29, 2022, to August 22, 2022 (ECF No. 150);

**WHEREAS**, this requested extension is not made for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective Parties;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel and respectfully requested that the case be modified as set forth below.

| Current Date | Proposed Date | Event |
|---|---|---|
| 10/21/22 | 12/20/22 | Plaintiffs' expert disclosures regarding class certification |
| 12/16/22 | 2/14/23 | Defendant's expert disclosures regarding class certification |
| 1/27/23 | 3/28/23 | Expert depositions and Class Certification Expert Discovery Cutoff |
| 2/14/23 | 4/17/23 | Motion for Class Certification |
| 3/28/23 | 5/30/23 | Opposition to Class Certification and Defendant's Daubert Motions |
| 4/18/23 | 6/20/23 | Reply in Support of Class Certification and Plaintiff's Daubert Motions |
| 4/26/23 | 6/26/23 | Opposition to Defendant's Daubert Motions |
| 5/9/2023 | 7/10/23 | Defendant's Reply in Support of Daubert Motion |
| 5/17/23 | 7/17/23 | Opposition to Plaintiff's Daubert Motions |
| 6/6/23 | 8/7/23 | Reply in Support of Plaintiffs' Daubert Motions |
| 6/27/23 | 8/29/23 | Hearing on Class Certification/Daubert Motions |

STIPULATED TO AND DATED this 6th day of October, 2022.

| | | |
|---|---|---|
|1| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | **PERKINS COIE LLP** |
|2| | |
| | By: *Rebecca A. Peterson* | By: *Charles C. Sipos* |
|3| Rebecca A. Peterson | David T. Biderman |
| | Robert K. Shelquist | 505 Howard Street, Suite 1000 |
|4| 100 Washington Avenue South, Suite 2200 | San Francisco, CA 94105 |
| | Minneapolis, MN 55401 | (415) 344-7000 |
|5| Telephone: (612) 339-6900 | dbiderman@perkinscoie.com |
| | Facsimile: (612) 339-0981 | |
|6| E-mail: rkshelquist@locklaw.com | Charles C. Sipos |
| | rapeterson@locklaw.com | Lauren J. Tsuji |
|7| | Carrie Akinaka |
| | **LITE DEPALMA GREENBERG &** | 1201 Third Avenue Suite 4900 |
|8| **AFANADOR, LLC** | Seattle, WA 98101 |
| | Susana Cruz Hodge | (206) 359-3983 |
|9| Joseph J. DePalma | csipos@perkinscoie.com |
| | 570 Broad Street, Suite 1201 | ltsuji@perkinscoie.com |
|10| Newark, NJ 07102 | cakinaka@perkinscoie.com |
| | Telephone: (973) 623-3000 | |
|11| E-mail: jdepalma@litedepalma.com | **DECHERT LLP** |
| | scruzhodge@litedepalma.com | Hope S. Freiwald |
|12| | 2929 Arch Street |
| | *Plaintiffs' Interim Co-Lead Class Counsel* | Philadelphia, PA 19104-2808 |
|13| | (215) 994-2514 |
| | | hope.freiwald@dechert.com |
|14| | |
| | | Mark S. Cheffo |
|15| | 1095 Avenue of the Americas |
| | | New York, NY 10036-6797 |
|16| | (212) 698-3814 |
| | | mark.cheffo@dechert.com |
|17| | |
| | | *Attorneys for Defendant Plum, PBC* |

- 4 -

STIPULATED REQUEST TO MODIFY CASE SCHEDULE

**CERTIFICATION OF COMPLIANCE WITH N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 6, 2022     By: *Charles C. Sipos*
                                Charles C. Sipos

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties hereto, the Court GRANTS the Parties' request and AMENDS the case schedule as follows:

| Date | Event |
| --- | --- |
| 12/20/22 | Plaintiffs' expert disclosures regarding class certification |
| 2/14/23 | Defendant's expert disclosures regarding class certification |
| 3/28/23 | Expert depositions and Class Certification Expert Discovery Cutoff |
| 4/17/23 | Motion for Class Certification |
| 5/30/23 | Opposition to Class Certification and Defendant's Daubert Motions |
| 6/20/23 | Reply in Support of Class Certification and Plaintiff's Daubert Motions |
| 6/26/23 | Opposition to Defendant's Daubert Motions |
| 7/10/23 | Defendant's Reply in Support of Daubert Motion |
| 7/17/23 | Opposition to Plaintiff's Daubert Motions |
| 8/7/23 | Reply in Support of Plaintiffs' Daubert Motions |
| 8/29/23 | Hearing on Class Certification/Daubert Motions |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 11, 2022

_____
HONORABLE YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE