**PERKINS COIE LLP**
David T. Biderman (Bar No. 101577)
dbiderman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Charles C. Sipos (admitted *pro hac vice*)
csipos@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101 3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

**DECHERT LLP**
Hope Freiwald (admitted *pro hac vice*)
hope.freiwald@dechert.com
2929 Arch Street,
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

Mark Cheffo (admitted *pro hac vice*)
mark.cheffo@dechert.com
1095 Avenue of the Americas,
New York, NY, 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 994-3599

*Attorneys for Defendant Plum, PBC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE PLUM BABY FOOD LITIGATION | Case No. 4:21-cv-00913-YGR |
| | Hon. Yvonne Gonzalez Rogers |
| This Document Relates To: ALL ACTIONS | **STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Sarah Brown, Josh Crawford, Jessica David, Autumn Ellison, Ludmila Gulkarov, Vanessa Mathiesen, Kelly McKeon, Tommy Nurre, and Janine Torrence ("Plaintiffs") and Defendant Plum, PBC ("Plum") (collectively, the "Parties") respectfully submit this stipulated request to extend the deadline for Defendant's expert disclosures regarding class certification to March 9, 2023, and to extend the expert discovery cutoff date to March 31, 2023.

## STIPULATION

**WHEREAS**, on October 11, 2022, this Court issued a modified case schedule (ECF No. 164) granting the Parties' stipulated request to extend all deadlines in the case schedule by 60-days, which set the deadline for Plaintiffs' expert disclosures to December 20, 2022, Defendant's expert disclosures to February 14, 2023, and the expert discovery cutoff date to March 28, 2023;

**WHEREAS,** on December 20, 2022, Plaintiffs disclosed numerous experts;

**WHEREAS,** the Parties, through their respective counsel, have met and conferred regarding the upcoming deadlines related to Defendant's expert disclosures and the expert discovery cutoff date;

**WHEREAS**, the Parties have been engaging and are continuing to engage in expert discovery related to Plaintiffs' experts, including the scheduling and taking of Plaintiffs' expert depositions, and the Parties agree to providing additional time to continue to conduct such discovery prior to Defendant's expert disclosures and, therefore, request a twenty-three (23) day extension of the deadline for Defendant's expert disclosures and a three-day extension of the expert discovery cutoff date;

**WHEREAS**, this is the third modification to the case schedule. On July 21, 2022, the Court granted the Parties' Stipulated Request to Extend the Deadline to Complete Mediation, from July 29, 2022, to August 22, 2022 (ECF No. 150) and on October 11, 2022, the Court granted the Parties' Stipulated Request to Modify Case Schedule, from October 6, 2022 (ECF No. 163);

**WHEREAS**, this requested extension is not made for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective Parties;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel and respectfully requested that the Court extend the deadlines for Defendant's expert disclosures to March 9, 2023, and the expert discovery cutoff date to March 31, 2023.

STIPULATED TO AND DATED this 17th day of January 2023.

| | |
|---|---|
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | **PERKINS COIE LLP** |
| By: /s/ *Rebecca A. Peterson* <br> Rebecca A. Peterson <br> Robert K. Shelquist <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, MN 55401 <br> Telephone: (612) 339-6900 <br> Facsimile: (612) 339-0981 <br> E-mail: rkshelquist@locklaw.com <br> rapeterson@locklaw.com | By: /s/ *David T. Biderman* <br> David T. Biderman <br> 505 Howard Street, Suite 1000 <br> San Francisco, CA 94105 <br> (415) 344-7000 <br> dbiderman@perkinscoie.com <br><br> Charles C. Sipos <br> Lauren J. Tsuji <br> Carrie Akinaka <br> 1201 Third Avenue Suite 4900 <br> Seattle, WA 98101 <br> (206) 359-3983 <br> csipos@perkinscoie.com <br> ltsuji@perkinscoie.com <br> cakinaka@perkinscoie.com |
| **LITE DEPALMA GREENBERG & AFANADOR, LLC** <br> Susana Cruz Hodge <br> Joseph J. DePalma <br> 570 Broad Street, Suite 1201 <br> Newark, NJ 07102 <br> Telephone: (973) 623-3000 <br> E-mail: jdepalma@litedepalma.com <br> scruzhodge@litedepalma.com <br><br> *Plaintiffs' Interim Co-Lead Class Counsel* | **DECHERT LLP** <br> Hope S. Freiwald <br> 2929 Arch Street <br> Philadelphia, PA 19104-2808 <br> (215) 994-2514 <br> hope.freiwald@dechert.com <br><br> Mark S. Cheffo <br> 1095 Avenue of the Americas <br> New York, NY 10036-6797 <br> (212) 698-3814 <br> mark.cheffo@dechert.com <br><br> *Attorneys for Defendant Plum, PBC* |

**CERTIFICATION OF COMPLIANCE WITH N.D. Cal. L.R. 5-1(i)(3)**

    I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 17, 2023                       By: *David Biderman*
                                                    David Biderman

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties hereto, the Court GRANTS the Parties' request and AMENDS the deadlines for both Defendant's expert disclosures to March 9, 2023, an additional twenty-three (23) days, and the expert discovery cutoff date to March 31, 2023, an additional three days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 24, 2023

HONORABLE YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE

- 5 -

STIPULATED REQUEST TO EXTEND EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER