**PERKINS COIE LLP**
David T. Biderman (Bar No. 101577)
*dbiderman@perkinscoie.com*
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Charles C. Sipos (Bar No. 348801)
*csipos@perkinscoie.com*
Lauren J. Tsuji (Bar No. 300155)
*ltsuji@perkinscoie.com*
1201 Third Avenue, Suite 4900
Seattle, Washington 98101 3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Attorneys for Defendant Plum, PBC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| IN RE PLUM BABY FOOD LITIGATION | Case No. 4:21-cv-00913-YGR |
|---|---|
| | Hon. Yvonne Gonzalez Rogers |
| This Document Relates To: ALL ACTIONS | ~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO RESET AUGUST 10 HEARING DATE ON JOINT DISCOVERY LETTER BRIEF *** AS MODIFIED *** ** |

-2-

WHEREAS, the Parties have stipulated to reset the August 10 hearing date for the Joint Discovery Letter Brief, and for good cause appearing, the Court orders as follows:

The hearing date on the Joint Discovery Letter Brief (Dkt. No. 214) is hereby reset from August 10, 2023, to ~~_____, 2023.~~ **the court's next available hearing date on September 14, 2023 at 1:00 PM. The court takes no position on Plaintiff's ability to supplement the summary judgment record. Any request for leave to supplement the record must be sought from Judge Gonzalez Rogers.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 24, 2023                          By: _____
                                                   Honorable Donna M. Ryu
                                                   Chief Magistrate Judge