**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| IN RE PLUM BABY FOOD LITIGATION | Case No. 4:21-cv-00913-YGR |
|---|---|
| | Hon. Yvonne Gonzalez Rogers |
| This Document Relates To: ALL ACTIONS | [PROPOSED] JUDGMENT |

Pursuant to, and for the reasons set forth in, the Court's Order on March 28, 2024 (Dkt. No. 261) granting Defendant Plum, PBC's ("Plum") Motion for Summary Judgment (Dkt. No. 210) JUDGEMENT IS HEREBY ENTERED in Plum's favor, against Plaintiffs Sarah Brown, Josh Crawford, Jessica David, Autumn Ellison, Ludmila Gulkarov, Vanessa Mathiesen, Kelly McKeon, Tommy Nurre, and Janine Torrence WITH PREJUDICE.

DATED: April 5, 2024

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge