

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



# FILED

MAY 1 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

---

Docket Number:              24-2766
Originating Case Number:    4:21-cv-00913-YGR

Short Title:                Gulkarov, et al. v. Plum, PBC

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:             24-2766
Originating Case Number:   4:21-cv-00913-YGR

Case Title:                Gulkarov, et al. v. Plum, PBC

**Monday, May 6, 2024**

| | |
|---|---|
| Ludmila Gulkarov | Mediation Questionnaire due |
| Janine Torrence | Mediation Questionnaire due |
| Kelly McKeon | Mediation Questionnaire due |
| Josh Crawford | Mediation Questionnaire due |
| Vanessa Mathiesen | Mediation Questionnaire due |
| Autumn Ellison | Mediation Questionnaire due |
| Jessica David | Mediation Questionnaire due |
| Sarah Brown | Mediation Questionnaire due |
| Tommy Nurre | Mediation Questionnaire due |
| Christina Gonzalez | Mediation Questionnaire due |

**Friday, May 10, 2024**

| | |
|---|---|
| Ludmila Gulkarov | Appeal Transcript Order Due |
| Janine Torrence | Appeal Transcript Order Due |
| Kelly McKeon | Appeal Transcript Order Due |
| Josh Crawford | Appeal Transcript Order Due |
| Vanessa Mathiesen | Appeal Transcript Order Due |
| Autumn Ellison | Appeal Transcript Order Due |
| Jessica David | Appeal Transcript Order Due |

| | |
|---|---|
| Sarah Brown | Appeal Transcript Order Due |
| Tommy Nurre | Appeal Transcript Order Due |
| Christina Gonzalez | Appeal Transcript Order Due |

**Monday, June 10, 2024**

| | |
|---|---|
| Ludmila Gulkarov | Appeal Transcript Due |
| Janine Torrence | Appeal Transcript Due |
| Kelly McKeon | Appeal Transcript Due |
| Josh Crawford | Appeal Transcript Due |
| Vanessa Mathiesen | Appeal Transcript Due |
| Autumn Ellison | Appeal Transcript Due |
| Jessica David | Appeal Transcript Due |
| Sarah Brown | Appeal Transcript Due |
| Tommy Nurre | Appeal Transcript Due |
| Christina Gonzalez | Appeal Transcript Due |

**Friday, July 19, 2024**

| | |
|---|---|
| Ludmila Gulkarov | Appeal Opening Brief Due |
| Janine Torrence | Appeal Opening Brief Due |
| Kelly McKeon | Appeal Opening Brief Due |
| Josh Crawford | Appeal Opening Brief Due |
| Vanessa Mathiesen | Appeal Opening Brief Due |
| Autumn Ellison | Appeal Opening Brief Due |
| Jessica David | Appeal Opening Brief Due |
| Sarah Brown | Appeal Opening Brief Due |
| Tommy Nurre | Appeal Opening Brief Due |
| Christina Gonzalez | Appeal Opening Brief Due |

**Monday, August 19, 2024**

| | |
|---|---|
| Plum, PBC | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**